Sept. 1, 2007

Diego H. Lamadrid
CDC #: P-98764   F4-20-126 Low
P.O. Box 799004
S.D. CA 92179

Dep't of Corrections
Parole Region IV Headquarters
Office of Appeals Coordinator
21015 Pathfinder Road Suite 200
Diamond Bar, CA 91765

Dear Mr. Appeals Coordinator

In responce to your letter. On 4-12-07
after B.P.H. P.O. ¿Tristan spoke to me in
front of C/O Wheeler regarding 602. He
gave only one option where to send. I
do not have family in the U.S. that I
know except kids under 18. Which I did
not know their address. My oldest daughter
is in Iraq. Her address is in my wallet.
I have yet to communicate with her. Any-
ways P.O. Tristan sent me back the
602 on a letter post marked 11-17-07
imforming me he could not find the
address (it is a church) so he would
keep property in evidence.
       Does that make department liable
for a money order that at the end of
September will be no good (1 year will
be up). It is for $200.- If so I will
send form BC-1E or PC 1540 without?
       So why would I even consider
going to customs if now we both know
where it is. That is why it says "property

FROM S. TRISTAN" IN 602'S He IS THE ONLY ONE THAT KNOWS NOW WHERE IT IS. 602 SAYS CLEARLY "HE (TRISTAN) SAID, PUT IN EVIDENCE HIS OFFICE IN CHULA VISTA" SO AGAIN WHY WOULD I CONTACT US. CUSTOMS? IF MR. S. TRISTAN ONE, ADMIT HE HAS IT. TWO, PUT IN EVIDENCE ROOM.

So NOW I WILL SEND YOU A WAY TO BY PASS INFORMAL. SINCE MY EYE SIGHT IS (20/200) WORST THAN. I WEAR A "VISUAL IMPAIRMENT" VEST BECAUSE I HARDLY CAN SEE. ALSO THERE IS ADDRESSES AND PHONE NUMBERS FOR MY DEFENSE. SHOULD I WAIT TILL I GET TO COURT TO GET THESE? SINCE I DO HAVE A CHOICE AT THIS POINT APPELLATE OR U.S. DISTRICT COURT. AS I SAID MONEY ORDER WILL BE NO GOOD AFTER 1 YEAR. WHY WOULD I WANT IT WHEN NO GOOD? IS CCR 3191(d) I'M NOT SEND ~~PEOPLE~~ PERSONAL PROPERTY TO ANY STATE AGENCY OR AGENT OF THE STATE. FAILURE TO COMPLY MAY RESULT IN DISCIPLINARY ACTION AND CONFISCATION AND/OR DISPOSAL OF THE PROPERTY.

INSIDE THE ENVELOPE WILL BE A 1824 REGARDING MY GLASSES. BUT ALL PROPERTY WITH GLASSES I WANT. SINCE MY GLASSES IS AN 1824 ISSUE! ADA!

SINCERELY
Diego Sandoval

P.S. So you WANT ENVELOPE POST MARKED 4-14-07 FROM "STAMPED ADDRESS" 765 THIRD AVENUE SENT FROM P.O. TRISTAN?

July 29, 2007

TO: K. E. THACKER
PAROLE AGENT II, APPEALS COORDINATOR
REGION IV PAROLE HEADQUARTERS
21015 PATHFINDER ROAD Ste. 200
DIAMON BAR, CA. 91765

RE: 602 AND PROPERTY

DEAR MR. THACKER,

I RECEIVED THE LETTER WITH THE COPY OF THE 602 THIS MONTH, ON 7-5-07. YOU SENT MY P.O. D. TRISTAN FOR ONCE AGAIN INFORMAL REVIEW. I HAVE YET TO RECEIVE AN ANSWER TO THIS. HE IS IN CHULA VISTA. THE 602 IS ABOUT PROPERTY HE HAS OF MINE. GLASSES, WATCH, WALLET AND OTHER PERSONAL PROPERTY THAT MUST BE REGISTERED (15 CCR 3191). HE GAVE ME FIRST IMFORMAL AFTER B.P.H. I SENT TO APPEALS COORDINATOR AND HAVE NOT GOTTEN RESPONCE. THAT WAS ON 4-12-07. NEW APPEAL STARTED 6-18-07, WITH LETTER FIRST ON 5-24-07. PLEASE LET ME KNOW WHAT ELSE TO DO IN THIS MATTER.

FROM:
DIEGO H. LAMADRID
CDC # D-98764
P.O. BOX 799004
S.D. CA 92179

SINCERLY
Diego H Madril

OVER→

So now I send with postage. Still have not heard from 602 you send my P.O. D. Tristan for informaz once again. So what to do now?

Need property as taken by Border Patrol. Wallet, watch, glasses, personate property in wallet - papers, ect. to be taken to R & R separated idemezed (inventory) per 15 CCR 3191 or accept liability per 15 CCR 3193 (b); or any idems thereof and therein.

Sincerely

Diego Tomale

San Diego                                                                                          Page 1 of 2



# U.S. Customs and Border Protection
## Securing America's Borders
### CBP.gov

SEARCH

| Home | About CBP | Contacts | Ports | Questions | Forms | Publications | Legal | Contact

**Newsroom    Border Security    Import    Export    Travel**

## Contacts

Home / Contacts / Field Operations Offices /

**Field Operations Offices**

**Ports Of Entry**

**Deferred Inspection**

**Section 515 Requests**

Report
**Suspicious Activity to
1-800-BE-ALERT**

# San Diego

## Field Operations Office Information

| | |
|---|---|
| Location Address : | **610 W. Ash St**<br>**Suite 1200**<br>**San Diego , CA   92101** |
| Mailing Address : | **Same As Above** |
| General Phone : | **(619) 652-9966 Ext: 100** |
| General Fax : | **(619) 557-5394** |
| Operational Hours : | **8:00 AM - 4:30 PM ( Pacific )**<br>**Weekdays (Monday-Friday)** |

**see als**

**in Field Op**
**Offices:**

Atlanta, GA

Baltimore, MD

Boston, MA

Buffalo, NY

Chicago, IL

Detroit, MI

El Paso , TX

*...more*



D.H. LaMadrid
P-98764  F4-20-126
P.O. Box 799004
S.D. CA  92179

SAN DIEGO CA 921
25 MAY 07PM 10 T



CDCR
REGION OFFICE IV
21015 PATHFINDER RD.
DIAMOND BAR, CA. 91765

91765+4018

La Madrid , Diego H.
P-98764 Elm Hall #175
P.O. Box 500
Chino , CA. 91708



02 1M
0004223660
MAILED FROM ZIP CODE 91710
UNITED STATES POSTAGE
PITNEY BOWES
$ 00.58⁰
OCT 29 2007

Director of Corrections
P.O. Box 942883
Sacramento , CA 94283-0001
Attn: Chief, Inmate Appeals

San Diego

Page 1 of 2



# U.S. Customs and Border Protection
### Securing America's Borders
**CBP.gov**

SEARCH

■ Home ■ About CBP ■ Contacts ■ Ports ■ Questions ■ Forms ■ Publications ■ Legal ■ Contɪ

**Newsroom    Border Security    Import    Export    Travel**

## Contacts

**Field Operations Offices**

**Ports Of Entry**

**Deferred Inspection**

**Section 515 Requests**

Report
**Suspicious Activity to**
**1-800-BE-ALERT**

Home / Contacts / Field Operations Offices /

# San Diego

## Field Operations Office Information

Location Address : **610 W. Ash St**
**Suite 1200**
**San Diego , CA   92101**

Mailing Address : **Same As Above**

General Phone : **(619) 652-9966 Ext: 100**

General Fax : **(619) 557-5394**

Operational Hours : **8:00 AM - 4:30 PM ( Pacific )**
**Weekdays (Monday-Friday)**

### see also

◖ in Field Op
Offices:

Atlanta, GA

Baltimore, MD

Boston, MA

Buffalo, NY

Chicago, IL

Detroit, MI

El Paso , TX

*...more*



D.H. LaMadrid
P-98764 F4-20-126
P.O. Box 799004
S.D. CA 92179

SAN DIEGO CA 921
25 MAY 07PM 10 T



CDCR
Region office IV
21015 Pathfinder Rd.
Diamond Bar, CA. 91765

91765+4018

# EXHIBIT COVER PAGE

EXHIBIT

## DESCRIPTION OF THIS EXHIBIT:

## NUMBER OF PAGES TO THIS EXHIBIT: _____ PAGES.

JURISDICTION: (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation
   And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☒ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

State of California                                                    Department of Corrections and Rehabilitation

# Memorandum

Date:    September 21, 2007

To:      LaMadrid, D.
         P98764
         Richard J. Donovan Correctional Facility at Rock Mountain

Subject: **SECOND LEVEL APPEAL RESPONSE**          **LOG NO.:**    **RJD-07-01793**

### APPEAL ISSUE:

It is the appellant's position that his medical/mental condition has not been properly diagnosed, which has led to pain to his hand, allergies and mental health concerns.

The appellant's appeal has been responded to at the Informal and First Level of Review, which resulted in granted decisions. He has been medically evaluated for his complaints on a continuous basis at the Richard J. Donovan Correctional Facility, and has received approximately 19 prescriptions for his conditions.

The appellant's argues that his condition is not improved and is requested proper medication to correct his concerns.

**INTERVIEWED BY:** Waived in accordance of California Code of Regulations (CRC) Section 3084.5 (f) (2)

**REGULATIONS:** The rules governing this issue are California Code of Regulations (CCR), Title 15, Sections:

CCR 3350 – Provisions of Medical Care and Definitions
CCR 3355 – Health Care Examinations

### APPEAL RESPONSE:

A review of the "Effective Communication List for Inmates With Test of Adult Basic Education Reading Scores of 4.0 or Less" reveals that the inmate does not require assistance in order to achieve effective communication.

On September 10, 2007, the appellant had transferred to the California Institute for Men, where further medical treatment and evaluations can be performed.

**APPEAL DECISION:** The appeal is granted the Second Level of Review.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

Silvia H. Garcia
Chief Deputy Warden
California Department of Corrections and Rehabilitation
Richard J. Donovan Correctional Facility at Rock Mountain

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

RECEIVED
JUL 0 9 2007
APPEALS

Location/Institution/Parole Region  RJD

Log No. 1. 07-1793
2.

Category 8
NVP

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME LAMADRID | NUMBER P-98764 | ASSIGNMENT NA | UNIT/ROOM NUMBER 4-20-126 |
|---|---|---|---|

A. Describe Problem: I KEEP ON PUTTING MEDICAL REQUEST FOR SAME THINGS AND THEY STILL DO NOT TAKE CARE OF THEM. GLASSES WITH P.O. OR SEE OPTOMETRIST.
MENTAL HEALTH WILL INVOLVE DEEP PERSONAL AND PRIVATE MATTERS. SO I'll NEED TO TRUST THEM. IN VIOLATION OF PLATA ARMSTRONG AND COLEMAN; WHICH JUST CONTINUES NO MATTER HOW MANY MEDICAL SLIPS OR INMATE REQUEST I PUT IN. WITH 1824! HAND, ALLERGIES, & PSYCH.

If you need more space, attach one additional sheet.

B. Action Requested: TO KNOW HOW MUCH CHARGE TILL NOW! IF YOU DID PUT BACK ON BOOKS. P.O. FOR GLASSES OR OPTOMETRIST. ALLERGY HAND. APPOINTMENT WITH PSYCHOLOGIST & PSYCHIATRIST ALSO ALLERGY(S) THAT DON'T GO AWAY! GET RIGHT MEDICATIONS from PSYCH.

Inmate/Parolee Signature: Diego Lamadrid   Date Submitted: 7/5/07

C. INFORMAL LEVEL (Date Received: JUL 11 2007 , Partially Granted

Staff Response: YOU WERE SEEN BY YOUR FACILITY PROVIDER ON JULY 11, A REFERR WAS COMPLETED FOR OPTOMETRY, YOU WERE PRESCRIBED BODY LOTION, ALLERGY MEDICATION. IN ORDER TO DISPUTE CHARGES, YOU NEED TO PROVIDE A TRUST ACCOUNTING STATEMENT AND SUPPLY MORE INFORMATION, AS IT IS UNCL NO CURRENT REQUESTS FOR HEALTH CARE SERVICES WAS LOCATED IN YOUR MEDICAL FILE, SUBMIT TO MENTAL HEALTH FOR AN APPOINTMEN

Staff Signature: Jodie Rivera   Date Returned to Inmate: 7/19/07

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

ALLERGY MEDICATIONS DOCTOR SAID END IN 30 DAYS YET ALLERGIES I'VE HAD FOR 30 YEARS. TO RE-FILL ALL ALLERGY MEDICATIONS' TILL RELEASE. ALSO FIX RIGHT INDEX FINGER THAT HAS LIMITED MOBILITY WITH EXCESSIVE PAIN. AND BACK YOU HAVE HISTORY. TWO (2) PSYCH MEDICATION HAVE ENDED WITH NO RE-FILL, NEED RIGHT ONE

Signature: Diego Lamadrid   Date Submitted: 7/24/07
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

07-1793

First Level    ☑ Granted    ☐ P. Granted    ☐ Denied    ☐ Other    SEP 07 2007

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ JUL 27 2007 _____ Due Date: _____ 07

Interviewed by: PER PATIENT PROFILE, YOU HAVE BEEN PRESCRIBED ALLERGY MEDICA AND PSYCH MEDS FOR 90 DAYS. YOU HAVE NOT BEEN ENDORSED AS OF YET, NO RELEASE DATE FOR PRESCRIPTION RENEWALS. PER X-RAY TAKEN 5/30/07 YOU HAVE A HEALED FRACTURE AND YOU ARE CURRENTLY PRESCRIBED PAIN MEDICATION, IF YOU HAVE BACK PAIN COMPLETE A HEALTHCARE SERVICES REQUEST FORM TO BE SEEN BY YOUR FACILITY PROVIDER. YOUR APPOINTMENT WAS 8/1/07 WITH A PSYCHIATRIST AND 7/26/07 WITH A PSYCHOLOGIST

Staff Signature: _____    Title: RN    Date Completed: 8-14-07

Division Head Approved:

Signature: _____    Title: SRN/TC    Returned: AUG 16 2007    Date to Inmate:

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response. GRANTED - WELL IN COMPLETE EXTREME PAIN, IF MOVE @ INDEX FINGER PER X-RAY 8/9/07 STILL BROKEN. FEW SYMPTOMS BUT NOT LIMITED TO SLEEPINESS, CONFUSION, LACK OF BALANCE, DIZZINESS, LIGHT HEADED FROM VERY BAD BODY TEMPERATURE CONTROL. ASMA IS GIVING REAL TROUBLE. VIOLATION STILL OF PLATA, COLEMAN & ARMSTRONG. THAT IS RESULT OF 19 MEDICATION ADD HEAT STRESS, POOR AIR FLOW. NEED MEDICATION ADJUSTMENT. COMPLY WITH 1824. HEP-C PROBLEMS AND S.T.D.

Signature: _____    Date Submitted: 8/26/07

Second Level    ☑ Granted    ☐ P. Granted    ☐ Denied    ☐ Other    SEP 20 2007

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: AUG 22 2007    Due Date: SEP 20 2007

☑ See Attached Letter

Signature: M. STOUT    Date Completed: 9/21/07

Warden/Superintendent Signature: _____    Date Returned to Inmate: SEP 25 2007

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to:    Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

Includes Current Prescriptions as of 08/08/2007

```
*******************************************************************************
P-98764  LAMADRID, DIEGO                              CURRENT UNIT: B20-126L
ALLERGIES:                    DOB:   /  /     HT:    ft  in     WT:    0
================================================================================
START      Rx/Qty  DRUG                          PHYSICIAN           STOP
================================================================================
07/11/2007 924468  IBUPROFEN 800MG              SILVA,JASON      10/09/2007
NG             60  TAKE 1 TABLET EVERY 8HRS AS NEEDED FOR PAIN    RR  B20-126L
--------------------------------------------------------------------------------
07/11/2007 924478  TRIAMCINOLON 0.1% CR 80GM    SILVA,JASON      10/09/2007
NG              1  APPLY TO AFFECTED AREA TWICE DAILY AS NEEDED       B20-126L
--------------------------------------------------------------------------------
07/11/2007 924480  BODY LOTION 266ML            SILVA,JASON      10/09/2007
NG              0  APPLY AS DIRECTED *NF NEEDS APPROVAL*              B20-126L
--------------------------------------------------------------------------------
07/11/2007 924484  SELENIUM SULFIDE 2.5% LOT    SILVA,JASON      10/09/2007
NG              1  APPLY AS DIRECTED RR                               B20-126L
--------------------------------------------------------------------------------
07/24/2007 930679  ARTIF TEARS OPH SOLN 15ML    SHUTE,GARY       10/22/2007
ABB             1  INSTILL 1 DROP TO EACH EYES EVERY 3HRS  RR        B20-126L
--------------------------------------------------------------------------------
08/03/2007 935024  ALBUTEROL SULFATE HFA INH    LEHV, LEVI       11/01/2007
LB              1  2 PUFFS EVERY 4-6HR AS NEEDED  RR                 B20-126L
--------------------------------------------------------------------------------
08/03/2007 935026  TRIAMCINOLONE (AZMACORT)     LEHV, LEVI       11/01/2007
LB              1  2 PUFFS DAILY IN THE MORNING AND AT BEDTIME RR    B20-126L
--------------------------------------------------------------------------------
08/03/2007 935028  OMEPRAZOLE 20MG              LEHV, LEVI       11/01/2007
LB             30  TAKE 1 CAPSULE DAILY AR                           B20-126L
--------------------------------------------------------------------------------
08/03/2007 935030  ACETAMINOPHEN 325MG          LEHV, LEVI       11/01/2007
LB             60  TAKE 2 TABLETS EVERY 4-6 HOURS AS NEEDED  RR      B20-126L
--------------------------------------------------------------------------------
08/03/2007 935033  FLUNISOLIDE NASAL SPRAY      LEHV, LEVI       11/01/2007
LB              1  2 SPRAYS TO EACH NOSTRIL TWICE A DAY(MAX 1 BOT/90D B20-126L
--------------------------------------------------------------------------------
08/03/2007 935035  LORATADINE 10MG              LEHV, LEVI       11/01/2007
LB             30  TAKE 1 TABLET DAILY AR                            B20-126L
--------------------------------------------------------------------------------
08/03/2007 935036  HYDROCORTISONE CR 1% 30GM    LEHV, LEVI       11/01/2007
LB              1  APPLY TO AFFECTED AREA TWICE DAILY    RR          B20-126L
--------------------------------------------------------------------------------
08/03/2007 935038  DOCUSATE SODIUM 100MG        LEHV, LEVI       11/01/2007
LB             30  TAKE 1 CAPSULE DAILY AR                           B20-126L
--------------------------------------------------------------------------------
08/03/2007 935039  METHOCARBAMOL 750MG          LEHV, LEVI       11/01/2007
LB             45  TAKE 1 TABLET 3 TIMES DAILY   AR/15D              B20-126L
--------------------------------------------------------------------------------
08/07/2007 937011  VALPROIC ACID 250MG          RAMSEY, H.       11/05/2007
NG            120  4 PO QPM AR                                       B20-126L
--------------------------------------------------------------------------------

================================================================================
PAGE 1                                              PRINTED: 08/08/2007
```

Includes Current Prescriptions as of 08/08/2007

**************************************************************************

P-98764  LAMADRID, DIEGO                              CURRENT UNIT: B20-126L
ALLERGIES:                         DOB:   /  /     HT:    ft  in     WT:    0
=========================================================================
START      Rx/Qty  DRUG                        PHYSICIAN         STOP
=========================================================================
08/07/2007 937013  SERTRALINE 100MG            RAMSEY, H.     11/05/2007
NG         30      1 PO QPM AR                                 B20-126L
-------------------------------------------------------------------------
08/07/2007 937015  ARIPIPRAZOLE 10MG           RAMSEY, H.     11/05/2007
NG         30      1 PO QPM AR                                 B20-126L
-------------------------------------------------------------------------
08/07/2007 937016  TRAZODONE 50MG              RAMSEY, H.     11/05/2007
NG         30      1 PO QPM AR                                 B20-126L
-------------------------------------------------------------------------
08/07/2007 937018  DIPHENHYDRAMINE 50MG*       RAMSEY, H.     11/05/2007
NG         30      1 PO QPM AR                                 B20-126L
-------------------------------------------------------------------------

=========================================================================
PAGE 2            ***** END OF PROFILE *****        PRINTED: 08/08/2007

## INMATE APPEAL ROUTE SLIP

To: MED                                           Date: July 27, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number RJD-4-07-01793  By Inmate  LAMADRID, P98764

Please assign this appeal to appropriate staff for FIRST level response.

Appeal Issue: MEDICAL
Due Date: 09/07/2007
Special Needs:

STAFF INSTRUCTIONS: Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted.  This policy is not within the institution's jurisdiction and cannot be waived.  Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN.  When complete, return appeal to the Appeals Office.  All first level appeals require signature of the Division Head.  Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

## INMATE APPEAL ROUTE SLIP

To: APPEALS                                          Date: August 22, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number RJD-4-07-01793 By Inmate LAMADRID, P98764

Please assign this appeal to appropriate staff for SECOND level response.

Appeal Issue: MEDICAL
Due Date: 09/20/2007
Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:    September 20, 2007


To:    LaMadrid, P-98764
       Richard J. Donovan Correctional Facility at Rock Mountain


Subject:  SECOND LEVEL APPEAL RESPONSE  LOG NO.:    RJD 07-1800

ISSUE:

The inmate is submitting this appeal relative to CDC Form 115, Rules Violation Report
(RVR) Log # F1-07-159, for "Mutual Combat," dated May 4, 2007.  It is the inmate's
position that he has had trouble with meds is still not on the right psych meds.  He has
been CCMS and EOP and then back to CCMS.

The inmate requests on appeal that the RVR Log # F1-07-159, for "Mutual Combat,"
dated May 4, 2007 be dropped and 61 days restored and all copies of the 115 be returned.

INTERVIEWED BY:  The inmate was not interviewed as he has transferred to CIM and
the Inmate Appeals Coordinator has determined that the interview would not provide
additional facts.

REGULATIONS:  The rules governing this issue are:

   **California Code of Regulations, Title 15, Section (CCR) 3005.
   Conduct.**

   **CCR 3084.5.  Levels of Appeal Review and Disposition.**

   **CCR 3315.  Serious Rule Violations.**

A review of the "Effective Communication List for Inmates With Test of Adult Basic
Education Reading Scores of 4.0 or Less" reveals that the inmate does not require
assistance in order to achieve effective communication.  It is noted the inmate claims
primary language is not English.

The inmate received RVR Log # F1-07-159, for "Mutual Combat," dated May 4, 2007.
This charge was classified as a division "D" offense.  The inmate received a copy of the
RVR on May 13, 2007, within 15 days of the date of discovery.  He appeared at the
disciplinary hearing on June 3, 2007, and entered a plea of guilty.  The SHO noted the
inmate was not a participant in the Mental Health Services Delivery System at the
Enhanced Outpatient Level of care.  A CDC 115X was completed and reviewed and the
inmate's; mental disorder did not appear to be a contributing factor in the behavior that
led to the RVR.  The SHO noted that a staff assistant was assigned in accordance with
CCR Section 3315 (d) (2) (A).  An Investigative Employee (I.E.) was not assigned in
accordance with CCR section 3315 (d)(1).  The inmate did not request the presence of
witnesses at this hearing.  The inmate pled guilty to the charges.  The SHO found the

LAMADRID, P-98764
CASE NO. 07-1800
PAGE 2

inmate guilty of the charge of CCR Title 15, Section 3005(c), RVR Log # F1-07-159, for "Mutual Combat." This was based upon the preponderance of evidence which consisted of the Reporting Employee's written report, the CEC 115X and the inmate's admission of guilt when he entered his plea. The SHO assessed 61 days loss of behavioral credit, consistent with a division "D" offense. On June 7, 2007, the Chief Disciplinary Officer confirmed the findings of guilt and the disposition.

The inmate alleges that his adjustment to medications and his participation in the Mental Health Services Delivery System is justification for dismissing the RVR. The SHO addressed this issue appropriately. A CDC 115X was prepared and reviewed before a decision was made by the SHO. The SHO also ensured that a Staff Assistant was assigned to the inmate. The SHO's decision was reviewed and confirmed by the CDO. The inmate has not supplied any information or compelling evidence to refute the findings of the SHO. At the Second Formal Level of Review, the SHO's decision is supported.

The inmate's request that the RVR Log # F1-07-159, for "Mutual Combat," dated May 4, 2007 be dropped and 61 days restored and all copies of the 115 be returned is denied.

DECISION: The appeal is denied.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

Silvia H. Garcia
Chief Deputy Warden
California Department of Corrections and Rehabilitation
Richard J. Donovan Correctional Facility at Rock Mountain

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

RECEIVED
JUL 13 2007

Location: Institution/Parole Region

1. RJD

2. _____

Log No.
1. 07-1800
2. _____

Category
ASC

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| LAMADRID, DIEGO | P98764 | NA | F4-20-126 |

A. Describe Problem: ENGLISH NOT PRIMARY LANGUAGE. THIS IS A 3084.7(b) DISCIPLINARY APPEAL. LOG NUMBER /OR REGARDING RVR F1-07-159. MAY BE FIRST APPEAL. WAS A 3 POINTER SINCE IT WAS IN MIDDLE OF PLAYOFF. THANKS FOR 2nd ATTEMPT ANSWER. NOW APPEAL ABOVE 115 DISPOSITION. AM STILL NOT ON RIGHT PSYCH MEDS. HAVE BEEN CCCMS THEN EOP BACK TO CCCMS. HAVING REAL TROUBLE WITH MEDS. BUT I APPEAL DISPOSITION OF ABOVE 115. INSIDE ONLY COPY OF 115 I HAVE BY LT. J.N. CLARKE ON 6-3-07

If you need more space, attach one additional sheet.

B. Action Requested: APPEAL DISPOSITION OF RVR F1-07-159. THAT OF 61 DAYS FOR FEITURE CREDIT BE DROPED. RETURN AND GIVE ALL COPIES OF 115

Inmate/Parolee Signature: _Diego Lamadrid_          Date Submitted: 7/10/07

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

BYPASS

Staff Signature: _____     Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____     Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

07-1800

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

BYPASS

Staff Signature: _____    Title: _____    Date Completed: _____
Division Head Approved:    Returned
Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

BYPASS

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☑ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: **JUL 2 7 2007**    Due Date: **SEP 0 7 2007**
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: **SEP 2 4 2007**

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other
☐ See Attached Letter
                                                                Date: _____

CDC 602 (12/87)

DATE CDC 804 SNET TO RECORDS: 5-4-07    BY: K Young

STATE OF CALIFORNIA

# RULES VIOLATION REPORT

DEPARTMENT OF CORRECTION

( 159 )

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| P-98764 | LAMADRID, D. | (3) | | RJDCF | F1-01-226U | F1-07-159 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| 15 CCR 3005(c) | MUTUAL COMBAT | F1-01-226 | 05/04/07 | 0955 HRS. |

CIRCUMSTANCES

On Friday, May 04, 2007, at approximately 0955 hours, while performing my duties as Facility One, Housing Unit One Floor Officer, I was standing at the dayroom floor podium when I heard a noise from cell 226. I went to see what was going on, I observed Inmate LAMADRID, D., P-98764, F1-01-226U and Inmate HILL, S., E-52167, F1-01-226L engaging in mutual combat. I activated my personal alarm. Correctional Officer O. Alvarado came up the stairs and we both ordered them to get down. They complied. Officer Smotherman opened the door, Officer Alvarado ordered Inmate LAMADRID to step out of the cell and face the wall and cuffed him. I ordered Inmate HILL to step out of the cell and face the wall and I cuffed him. Responding Staff escorted both inmates to P.S.U. to get medically evaluated. They are both participants in the Reception Center Mental Health Services Delivery System at the Enhanced Out Patient level of care. Inmate LAMADRID is aware of this documentation.

MHSDS: EOP

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ▶ FARAGON, R., CORRECTIONAL OFFICER | 5/4/07 | VISITING RELIEF 2/W | M/T |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | DATE | LOC. |
|---|---|---|---|---|
| ▶ KOLUDROVIC, D., P.S.U. SERGEANT | 5/7/07 | | N/A | N/A |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☒ SERIOUS | D | 5/10/07 | ▶ K. SEIBEL, FACILITY ONE CAPTAIN | ☐ HO ☒ SHO ☐ SC ☐ F |

COPIES GIVEN INMATE BEFORE HEARING

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT |
|---|---|---|---|---|
| | ▶ C Jimmerson | 5-13-07 | 1130 | CDC-115X Mental Health Assessment |

| ☐ INCIDENT REPORT LOG NUMBER: N/A | BY: (STAFF'S SIGNATURE) | DATE | TIME | BY: (STAFF'S SIGNATURE) | DATE | TIME |
|---|---|---|---|---|---|---|
| | ▶ | | | ▶ PR | 5/5/07 | 1250 |

HEARING

On June 3, 2007, at approximately 0745 hours, Inmate LAMADRID, appeared before this Senior Hearing Officer (SHO), for hearing of Rules Violation Report (RVR) Log No. F1-07-159. Inmate LAMADRID stated he was in good health, and all charges against him were read to him and he was advised of the purpose of this hearing. All time constraints have been met, and all pertinent reports were issued to the inmate twenty-four (24) hours prior to this hearing. He was also informed he will be issued a final copy of this report (the completed Rules Violation Report RVR) and findings upon the final review by the Chief Disciplinary Officer (CDO). Inmate LAMADRID did not object to proceeding with the hearing.
The inmate is a participant in the Mental Health Services Delivery System (MHSDS) program at the Enhanced Out Patient (EOP) level of care. A CDC-115X was completed based on the defendants level of care. Information provided by clinical staff indicates the inmate's mental disorder does not appear to be a contributing factor in the behavior that led to the RVR. Additionally, it is decided that the inmate is guilty of the charges, there are no mental health factors that the SHO should consider in assessing the penalty. Inmate LAMADRID is not a participant in the Developmentally Disabled Program (DDP), and his Grade Point Level is above 4.0. Inmate LAMADRID was not assigned an Investigative Employee (IE) in accordance with CCR 3315(d)(1)(A) 1,2,3, because the issues are not complex and do not require further investigation. Also, the inmates housing status makes it likely he will be able to collect evidence and present an adequate defense.

REFERRED TO ☐ CLASSIFICATION ☐ BPT/NAEA    Hearing...Continues (See CDC-115 Continuation)

| ACTION BY: (TYPED NAME) | SIGNATURE | DATE | TIME |
|---|---|---|---|
| J. N. CLARKE, Correctional Lieutenant | ▶ | 06/03/07 | 07:45 |

| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE |
|---|---|---|---|
| ▶ K.A. SEIBEL, Facility Captain (A) | 6/4/07 | ▶ E.A. CONTRERAS, Associate Warden | 6/7/07 |

| | BY: (STAFF'S SIGNATURE) | DATE | TIME |
|---|---|---|---|
| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | ▶ C/O K Young | 6/8/07 | 1300 |

CDC 115 (7/88)

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTION

**RULES VIOLATION REPORT - PART C**                                    PAGE 2 OF 2

| CDC NUMBER | INMATE'S NAME | | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|---|
| P-98764 | LAMADRID, D. | (4) | F1-07-159 | RJDCF | 6/03/07 |

☐ SUPPLEMENTAL  ☒ CONTINUATION OF:  ☐ 115 CIRCUMSTANCES  ☒ HEARING  ☐ IE REPORT  ☐ OTHER___

**Hearing......Continued:**

Inmate LAMADRID was assigned a Staff Assistant (SA) in this matter in accordance with CCR 3315(d)(2)(A) 1,2,3, because of his inclusion in the MHSDS program at the EOP level of care.
Correctional Officer P. Puerling was assigned as the Staff Assistant (SA) on May 13, 2007.
On May 13, 2007, Officer Puerling met with Inmate LAMADRID and fully explained the disciplinary process, more than twenty-four (24) hours prior to this hearing.
On June 3, 2007, Officer Puering was unassigned as Staff Assistant, and Correctional Officer J.Rodriguez was assigned. Officer Rodriguez was present for this hearing.
Inmate <u>pled Guilty to the charges</u>, and he declined to make a statement.
<u>Evidence Relied On During The Hearing:</u>
- CDC-115 Rules Violation Report dated May 4, 2007, issued to the inmate on May 13, 2007.
<u>No</u> witnesses were requested by the inmate as indicated on the CDC-115A.
SHO finds Inmate LAMADRID <u>Guilty of CCR 3005(c) Force & Violence,</u> specifically, Mutual <u>Combat, based on a preponderence of evidence,</u> which <u>substantiates the charges.</u>
<u>Reason For Findings:</u>
- The Circumstances Section of the RVR as authored by Reporting Employee, Correctional Officer R. Faragon, which states in part..."I observed Inmate LAMADRID, D., P-98764, F1-01-226U, and Inmate HILL, S., E-52167, F1-01-226 engaging in mutual combat..."
- The SHO also considered the inmates' guilty plea at this hearing.
- The SHO reviewed and considered the CDC-115X Mental Health Assessment in assessing the penalty.
<u>Disposition:</u> Assessed sixty-one (61) days' Work time Creit forfeiture for a Division "D" offense.

Inmate LAMADRID was advised of his right to appeal this action in accordance with CCR 3084.1.
Inmate LAMADRID was advised of the credit restoration request procedures in accordance with CCT 3327/3328 and of the disciplinary-free period requirement in accordance with CCR 3327(b).

| | | SIGNATURE OF WRITER | DATE SIGNED |
|---|---|---|---|
| | | J.N. CLARKE, Correctional Lieutenant | 6/03/07 |
| ☒ | COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature)  C/o K Gong | DATE SIGNED  6-8-07 | TIME SIGNED  1300 |

CDC 115-C (5/95)                                                       OSP 99 250

STATE OF CALIFORNIA DEPARTMENT OF CORRECTION

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| P-98764 | LAMADRID, D. | 3005(c) | 5/4/07 | RJDCF | F1-07-159 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT ☐ YES ☒ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| ☐ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. | INMATE'S SIGNATURE ► N/A | DATE |
|---|---|---|
| ☐ I REQUEST my hearing be postponed pending outcome of referral for prosecution. | INMATE'S SIGNATURE ► N/A | DATE |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION | N/A |
|---|---|---|

| ☐ I REVOKE my request for postponement. | INMATE'S SIGNATURE ► | DATE |
|---|---|---|

## STAFF ASSISTANT

| STAFF ASSISTANT | INMATE'S SIGNATURE ► | DATE |
|---|---|---|
| ☐ REQUESTED ☐ WAIVED BY INMATE | | |
| ☒ ASSIGNED | DATE 5-13-07 | NAME OF STAFF |
| ☐ NOT ASSIGNED | REASON | |

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ REQUESTED ☒ WAIVED BY INMATE | | |
| ☐ ASSIGNED | DATE | NAME OF STAFF |
| ☐ NOT ASSIGNED | REASON | N/A |

EVIDENCE/INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)
☐ REPORTING EMPLOYEE ☐ STAFF ASSISTANT ☐ INVESTIGATIVE EMPLOYEE ☐ OTHER _____ ☒ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTE |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| | INVESTIGATOR'S SIGNATURE ► | DATE |
|---|---|---|

| ☒ COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ► | TIME 1135 | DATE 5-13-07 |
|---|---|---|---|

CDC 115-A (7/88)  — If additional space is required use supplemental pages —  OSP 03 7

# REVIEWING CUSTODY SUPERVISOR

A Rules Violation Report (RVR), CDC 115, has been written on the following inmate, who requires a mental health assessment.

Inmate Name: __LAMADRID, D.__  CDC Number: __P-98764__   20-12

RVR Log Number: __F1-07-159__  Date of Violation: __05/04/07__  Housing: __F1-01-226U__

Specific Act Charged: __MUTUAL COMBAT__

The inmate's current Mental Health Level of Care is: (check one)

☐ NOT IN MDSDS PROGRAM* ☒ CCCMS* ☒ EOP ☐ MHCB ☐ DMH
*CCCMS AND NON-MHSDS PROGRAM PARTICIPANTS WILL BE REFERRED FOR A MENTAL HEALTH ASSESSMENT FOR "BIZARRE, UNUSUAL OR UNCHARACTERISTIC" BEHAVIOR.

Sent to Mental Health: __5-11-07__  By: __c/o K YOUNG__  __1 c/o K Young__
Date                          Print Name                Signature

Return this form to: __Fac 1__  By: __ASAP__  (CCCMS and non-MHSDS, 5 working days, EOP/MHCB/DMH, 15 calendar days)
__PROG. OFF.__

## MENTAL HEALTH CLINICIAN
Use "Lay terms" for responses

Conducted non-confidential interview: __5/17/07__  (Inmate informed of non-confidentiality).
Date

1. CCCMS/NON-MHSDS only. Are there any mental health factors that would cause the inmate to experience difficulty in understanding the disciplinary process and representing his/her interests in the hearing that would indicate the need for the assignment of a Staff Assistant?
☐ Yes ☐ No  Explain "yes" response: _____

_____

2. In your opinion, did the inmate's mental disorder appear to contribute to the behavior that led to the RVR?
☐ Yes ☒ No  Explain "yes" response: _____

_____

3. If the inmate is found guilty of the offense, are there any mental health factors that the hearing officer should consider in assessing the penalty? ☐ Yes ☒ No  Explain "yes" response: _____

_____

_____

_____

| Inst. RJDCF/Clin. Print Name: C. Pecuventz, PhD | Signature: (signature) | Date: 17 May 07 |
|---|---|---|
| Received by (custody staff)  Name: | Signature: | Date: |

Distribution: Original: Central File with adjacent CDC 115; first copy: Unit Health Record; Second copy: Inmate

| RULES VIOLATION REPORT MENTAL HEALTH ASSESSMENT CDC 115-X (11-02) | Inmate Name: LAMADRID, D. (Last, First, MI)   CDC Number: P 98764   DOB: 09/04/1950 |
|---|---|

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*July 19, 2007*

**LAMADRID, P98764**
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You disciplinary appeal is incomplete. You must attach legible copies of all documents you received during the disciplinary process. For example: the completed CDC 115, Rule Violation Report, the laboratory report, the Mental Health Assessment Form, the completed CDC 115-A, Serious Rule Violation Report, the CDC 115, Investigative Employee report, supplemental reports for the CDC 115, the CDC 7219, Report of Injury, the complete CDC 837, Incident Report, and the CDC 1030, Confidential Information Disclosure Form.*

*NEED COMPLETED PAGE 1*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

STATE OF CALIFORNIA
**RULES VIOLATION REPORT - PART C**

DEPARTMENT OF CORRECTION
PAGE 2 OF 2

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| P-98764 | LAMADRID, D.    (4) | F1-07-159 | RJDCF | 6/03/07 |

☐ SUPPLEMENTAL  ☒ CONTINUATION OF: ☐ 115 CIRCUMSTANCES  ☒ HEARING  ☐ IE REPORT  ☐ OTHER_____

**Hearing......Continued:**

Inmate LAMADRID was assigned a Staff Assistant (SA) in this matter in accordance with CCR 3315(d)(2)(A) 1,2,3, because of his inclusion in the NMSDS program at the EOP level of care.
Correctional Officer P. Puerling was assigned as the Staff Assistant (SA) on May 13, 2007.
On May 13, 2007, Officer Puerling met with Inmate LAMADRID and fully explained the disciplinary process, more than twenty-four (24) hours prior to this hearing.
On June 3, 2007, Officer Puering was unassigned as Staff Assistants and Correctional Officer J.Rodriguez was assigned.  Officer Rodriguez was present for this hearing.
Inmate pled Guilty to the charges, and he declined to make a statement.
**Evidence Relied On During The Hearing:**
- CDC-115 Rules Violation Report dated May 4, 2007, issued to the inmate on May 13, 2007.
No witnesses were requested by the inmate as indicated on the CDC-115A.
SHO finds Inmate LAMADRID Guilty of CCR 3005(c) Force & Violence, specifically, Mutual Combat, based on a preponderence of evidence, which substantiates the charges.
**Reason For Findings:**
- The Circumstances Section of the RVR as authored by Reporting Employee, Correctional Officer R. Faragon, which states in part..."I observed Inmate LAMADRID, D., P-98764, F1-01-226U, and Inmate BILL, S., E-52167, F1-01-226 engaging in mutual combat..."
- The SHO also considered the inmates' guilty plea at this hearing.
- The SHO reviewed and considered the CDC-115X Mental Health Assessment in assessing the penalty.
**Disposition:**  Assessed sixty-one (61) days' Work time Creit forfeiture for a Division "D" offense.

Inmate LAMADRID was advised of his right to appeal this action in accordance with CCR 3084.1.
Inmate LAMADRID was advised of the credit restoration request procedures in accordance with CCT 3327/3328 and of the disciplinary-free period requiremen in accordance with CCR 3327(b).

| SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|
| J.N. CLARKE, Correctional Lieutenant | | 6/03/07 |
| GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
| | | |

☒ COPY OF CDC 115-C GIVEN TO INMATE

## INMATE APPEAL ROUTE SLIP

To: APPEALS                                        Date: July 27, 2007

From:  INMATE APPEALS OFFICE

Re: Appeal Log Number  RJD-4-07-01800  By Inmate  LAMADRID, P98764

Please assign this appeal to appropriate staff for SECOND level response.

Appeal Issue: DISCIPLINARY
Due Date:  09/07/2007
Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with:  GRANTED,  DENIED,  PARTIALLY  GRANTED  or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.


Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*July 16, 2007*

*LAMADRID, P98764*
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You disciplinary appeal is incomplete. You must attach legible copies of all documents you received during the disciplinary process. For example: the completed CDC 115, Rule Violation Report, the laboratory report, the Mental Health Assessment Form, the completed CDC 115-A, Serious Rule Violation Report, the CDC 115, Investigative Employee report, supplemental reports for the CDC 115, the CDC 7219, Report of Injury, the complete CDC 837, Incident Report, and the CDC 1030, Confidential Information Disclosure Form.*

*SUBMIT FINAL COPY OF RVR*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                         ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**PAROLE REGION IV HEADQUARTERS**
**OFFICE OF THE APPEALS COORDINATOR**
**21015 PATHFINDER ROAD SUITE 200**
**DIAMOND BAR, CA 91765**
**(909) 468-2300**



August 24, 2007

To:    La Madrid, Diego P98764
       Richard J. Donovan Correctional Facility
       P.O. Box 799006
       San Diego, CA 92179-9005

Mr. La Madrid,

I am in receipt of your letter requesting your informal level response and property. I do not receive copies of the informal level responses. Your response should be sent directly to you from the parole office. In addition, you have not told me who took your property. The only information you have provided is that US Customs took your property, so why do you assume that the parole agent has your property. You have failed to provide me with the information I have requested.

The parole office will not send your property to R&R. If they have your property it will be returned to you upon your release. I sent you the address to contact US Customs on June 5, 2007 regarding disposition of your property. Have you attempted to contact them? With the information you have provided me, that your property was taken by the Border Patrol, there is no further assistance I can give you. You need to contact US Customs at the address I provided you with on June 5, 2007
US Customs and Border protection
610 W. Ash Street Suite 1200
San Diego, CA 92101

K.E. Thacker
Parole Agent II, Appeals Coordinator
Region IV Parole Headquarters

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

**RECEIVED**

AUG 2 1 2007

**REGION IV APPEALS**

RE: Screening at the FIRST Level

*June 26, 2007*

*LAMADRID, P98764*
*RJD*

Log Number: REGIV-I-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have not included evidence of an attempt to resolve the problem at the Informal Level. The Informal Level of Review is waived for appeals of classification actions; serious disciplinaries; CSR actions; departmental regulations, policies or operational procedures; staff complaints; and exceptional circumstances as defined in CCR 3084.7. Obtain an informal response by sending your appeal directly to:*

*Your appeal has been forwarded to Chula Vista I for an informal response.*

Appeals Coordinator
Region IV DAPO

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | | Category |
|---|---|---|---|---|
| 1. _____ | | 1. _____ | | |
| 2. _____ | | 2. _____ | | |

RECEIVED
JUN 2 5 2007
REGION III APPEALS

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME CAMACHO, DIEGO | NUMBER D-98764 | ASSIGNMENT | UNIT/ROOM NUMBER FU-20-136. |
|---|---|---|---|

A. Describe Problem: HAOS ALREADY SENT 602 HE RETURNED (P.O. TRISTAN THE DAY OF RPT. HEREING. SENT TO APPEALS COORDINATOR HAVE NOT HEARD SINCE THAT WAS 4/23/07. MONEY ORDER OF 200.—, GLASSES, WALLET PERSONAL PAPERS. 3084.7 SINCE OVER 200.— HE (TRISTAN) SAID NOT IN EVIDENCE HIS OFFICE IS IN CHULA VISTA. OR GIVE ME ADDRESS OF CHIEF INMATE APPEALS OF DEPARTMENT OF CORRECTIONS

If you need more space, attach one additional sheet.

B. Action Requested: MY PROPERTY FROM P.O. TRISTAN. WALLET, GLASSES MONEY ORDER EXCESS OF 200.—, PERSONAL PROPERTY. TO COME IN THROUGH R&R LIKE ANYONE ELSE NO RESTITUTION SINCE NOW I SO HAVE A PAROLE REVOCATION. AT TIME I SIGN T.

Inmate/Parolee Signature: Diego Camacho    Date Submitted: 6/18/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

**State of California**
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*June 26, 2007*

***LAMADRID, P98764***
***RJD***

Log Number: REGIV-I-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have submitted an appeal that duplicates a previous appeal upon which a decision has been rendered or is pending (CCR 3084.3(c)(2)).*

*This is not an ADA appeal; this is a duplicate appeal of the issue forwarded to Chula Vista I for an informal response.*

Appeals Coordinator
Region IV DAPO

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

STATE OF CALIFORNIA

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**

CDC 1824 (1/95)

RECEIVED DEPARTMENT OF CORRECTIONS

| INSTITUTION/PAROLE REGION: | LOG NUMBER: JUN 2 5 2007 | CATEGORY: 18. ADA |
|---|---|---|

REGION IV APPEALS

*NOTE:* THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| LAMADRID, S. | P-98764 | | | F4-20-126 Lm |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

PERSON WITHIN 42 U.S.C. HAVE DISABILITIES MENTAL IMPAIRMENTS THAT SUBSTANTIALLY LIMIT MAJOR AREAS OF LIFE ACTIVITIES.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

IN C-FILE

DESCRIBE THE PROBLEM:

AFTER CROSSED BORDER P.O. S. TRISTAN HAS PROPERTY. FILES 602, DISAPPEARED WHEN SENT TO APPEAL COORDINATOR. DIFFICULTY EXPRESSING IN WRITTEN ENGLISH. P.O TRISTAN SAID HE PUT IT WITH EVIDENCE

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

PATIENT ADVOCATE, ATTORNEY OR WHOEVER CAN HELP ME GET MY PROPERTY BACK? BOTTOM LINE MY PROPERTY. THROUGH R&R AS IF COMING IN NO PAROLE VIOLATION YET.

INMATE/PAROLEE'S SIGNATURE

6/18/07

DATE SIGNED

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
**CDC-1824 (1/95)**

| REVIEWER'S ACTION |
|---|

| DATE ASSIGNED TO REVIEWER: |
|---|
| DATE DUE: |

**TYPE OF ADA ISSUE**

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

　　☐ Auxiliary Aid or Device Requested
　　☐ Other_____

☐ PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:**_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

DATE INMATE/PAROLEE WAS INTERVIEWED　　　　　　PERSON WHO CONDUCTED INTERVIEW

**DISPOSITION**

　　☐ GRANTED　　☐ DENIED　　☐ PARTIALLY GRANTED

**BASIS OF DECISION:**_____
_____
_____
_____
_____
_____
_____

**NOTE:** *If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.*

| DISPOSITION RENDERED BY: (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|

| APPROVAL |
|---|

| ASSOCIATE WARDEN'S SIGNATURE | DATE SIGNED |
|---|---|

| DATE RETURNED TO INMATE/PAROLEE |
|---|

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                          ARNOLD SCHWARZENEGGER, *Governor*

**DEPARTMENT OF CORRECTIONS**
**PAROLE REGION IV HEADQUARTERS**
**OFFICE OF THE APPEALS COORDINATOR**
**21015 PATHFINDER ROAD SUITE 200**
**DIAMOND BAR, CA 91765**
**(909) 468-2394**



**RECEIVED**

JUN 2 5 2007

**REGION IV APPEALS**

June 5, 2007

To:    La Madrid, Diego #P98764
       Richard J. Donovan Correctional Facility
       P.O. Box 799006
       San Diego, CA 92179-9005

Re:    Property

Mr. La Madrid,

I received the copy of the letter you mailed regarding your request for information regarding your property, your wallet, glasses and other items not specifically mentioned. You mention that your property was taken by Customs. US Customs is not under the jurisdiction of the Division of Adult Parole Operations and I am unaware of their procedures regarding personal property.

Were you transported to a county jail facility by Customs? If so, did your property accompany you? Did the Custom's Agent ask you what you wished to have done with your property? With the information you provided, it seems as though Customs had control of your property and you need to contact them regarding the location and or disposition of your property.

In addition, this office does not have a record of a CDC 602 Inmate/Parolee Appeal for you regarding your property issue.

K.E. Thacker
Parole Agent II, Appeals Coordinator
Region IV Parole Headquarters

P 98764

RECEIVED

MAY 3 0 2007

REGION IV APPEALS

5·24·07

TO WHOM IT MAY CONCERN,

MY NAME IS DIEGO H. LAMADRID, CDC # IS P-98764. THIS IS IN REFFERANCE TO THE CHULA VISTA PAROLE DEPARTMENT ON 765 THIRD ST. STE 200, C.V. CA 91910 T P.O. DAVID TRISTAN

UPON MY CROSSING BORDER MY PROPERTY TAKEN BY CUSTOMS DEPARTMENT. MY WALLET, GLASSES AND OTHER PROPERTY HAS TO THIS DAY NOT BEEN DELEVERED TO ME. I HAVE WRITTEN A 602 TO NO AVAIL. COULD YOU PLEASE INFORME NOW AND WHAT I MUST DO TO GET MY PROPERTY TO ME. SINCE IT WAS ON ME WHEN I GOT STOPPED BY THE BORDER PATROL.

THE RESPONSE OF P.O. TRISTAN AFTER B.P.T HEARING. CHOISE WHERE TO PAROL? GAVE ADDRESS 2901 N. PARK WAY S.D. CA 92104. NORTH PARK CHRISTIAN FELLOW SHIP TO BE EXACT. SAID HE COULD NOT FIND IT! HOW CAN THIS BE?

THE RESPONSE ...

ON 1824 HAS RUN OUT OF TIME. P.O.
TRISTAN HAS PROPERTY. AS EXPLAINED
IN 1824 IF CHURCH MAILS I WANT
NO RESTITUTION ON MONEY IN MY
WALLET JUST LIKE ANY BODY ELSE.

HAVE DIFFICULTY EXPRESSING IN
WRITTEN ENGLISH. BUT, WHAT IS NEXT
STEP? WHERE TO GO? HOW TO DO?

THANK YOU FOR YOUR TIME.

SINCERLY

DATE:                  September 19, 2007

NAME:                  LAMADRID, DIEGO

CDC NUMBER:            P-98764

APPEAL LOG #:          RJD-4-07-01855

APPEAL DECISION:       DENIED                  <u>SECOND LEVEL REVIEW</u>

**APPEAL ISSUE:**   You are disputing your parole period.  You are requesting a good cause from the Board of Parole Hearings (BPH) to act upon retaining you on parole.

**APPEAL RESPONSE:**  Inmate Lamadrid, prior to reaching a decision on this appeal, a thorough review of this appeal issue and your Central File were conducted by D. Sanchez, Correctional Case Records Supervisor (CCRS).  You transferred to the California Institution for Men (CIM) on September 10, 2007.  CCRS Sanchez attempted to contact you at the CIM relative to this appeal but was unsuccessful.

On November 15, 2004, you were sentenced to serve one year and four months in state prison on case #SCD183718 and #SCD162238.  Both cases were to run concurrent with each other.  The court granted you a total of 213 pre-sentence credits on case #SCD183718 and 312 post-sentence credits on case #SCD162238.  Additionally, you were given 23 days post-sentence credits and 11 vested credits on both cases.  With all these credits calculated toward your release date, you had an Earliest Possible Release Date (EPRD) of April 7, 2005.  A three year parole period was added to your release date giving you a Controlling Discharge Date (CDD) of April 7, 2008.

However, after your release from custody on April 7, 2005, you violated your parole and were retained back in custody on March 14, 2007.  Because you violated your parole, the BPH had the authority to extend your parole period up to four years for any additional parole violation offenses.  Based on your parole violation, the BPH made the decision to revoke your parole for the maximum amount of 365 days.

In addition to your parole being revoked, you absconded parole supervision and were considered a parolee at large (PAL) for 121 days.  Unlike other parole violations, PAL time can be added to your CDD indefinitely for the total amount of time you absconded.  Therefore, your original CDD of April 7, 2008 was extended by one year (365 days) due to you violating your parole, and 121 days due to you absconding parole.  Your final CDD is calculated correctly at August 6, 2009.

Based on the aforementioned, your appeal is DENIED at the Second Level of Review.

SILVIA H. GARCIA
Chief Deputy Warden

Attachments

CALIFORNIA CODES
PENAL CODE
SECTION 3000-3007


3000. (a) (1) The Legislature finds and declares that the period
immediately following incarceration is critical to successful
reintegration of the offender into society and to positive
citizenship. It is in the interest of public safety for the state to
provide for the supervision of and surveillance of parolees,
including the judicious use of revocation actions, and to provide
educational, vocational, family and personal counseling necessary to
assist parolees in the transition between imprisonment and discharge.
A sentence pursuant to Section 1168 or 1170 shall include a period
of parole, unless waived, as provided in this section.
   (2) The Legislature finds and declares that it is not the intent
of this section to diminish resources allocated to the Department of
Corrections for parole functions for which the department is
responsible.  It is also not the intent of this section to diminish
the resources allocated to the Board of Prison Terms to execute its
duties with respect to parole functions for which the board is
responsible.
   (3) The Legislature finds and declares that diligent effort must
be made to ensure that parolees are held accountable for their
criminal behavior, including, but not limited to, the satisfaction of
restitution fines and orders.
   (4) The parole period of any person found to be a sexually violent
predator shall be tolled until that person is found to no longer be
a sexually violent predator, at which time the period of parole, or
any remaining portion thereof, shall begin to run.
   (b) Notwithstanding any provision to the contrary in Article 3
(commencing with Section 3040) of this chapter, the following shall
apply:
   (1) At the expiration of a term of imprisonment of one year and
one day, or a term of imprisonment imposed pursuant to Section 1170
or at the expiration of a term reduced pursuant to Section 2931 or
2933, if applicable, the inmate shall be released on parole for a
period not exceeding three years, except that any inmate sentenced
for an offense specified in paragraph (3), (4), (5), (6), (11), (16),
or (18) of subdivision (c) of Section 667.5 shall be released on
parole for a period not exceeding five years, unless in either case
the parole authority for good cause waives parole and discharges the
inmate from the custody of the department.
   (2) In the case of any inmate sentenced under Section 1168, the
period of parole shall not exceed five years in the case of an inmate
imprisoned for any offense other than first or second degree murder
for which the inmate has received a life sentence, and shall not
exceed three years in the case of any other inmate, unless in either
case the parole authority for good cause waives parole and discharges
the inmate from custody of the department. This subdivision shall
also be applicable to inmates who committed crimes prior to July 1,
1977, to the extent specified in Section 1170.2.
   (3) Notwithstanding paragraphs (1) and (2), in the case of any
offense for which the inmate has received a life sentence pursuant to
Section 667.61 or 667.71, the period of parole shall be 10 years.
   (4) The parole authority shall consider the request of any inmate
regarding the length of his or her parole and the conditions thereof.

(5) Upon successful completion of parole, or at the end of the maximum statutory period of parole specified for the inmate under paragraph (1), (2), or (3), as the case may be, whichever is earlier, the inmate shall be discharged from custody. The date of the maximum statutory period of parole under this subdivision and paragraphs (1), (2), and (3) shall be computed from the date of initial parole and shall be a period chronologically determined. ~~Time during which parole is suspended because the prisoner has absconded or has been returned to custody as a parole violator shall not be credited toward any period of parole unless the prisoner is found not guilty of the parole violation.~~ However, the period of parole is subject to the following:

(A) Except as provided in Section 3064, ~~in no case may a prisoner subject to three years on parole be retained under parole supervision or in custody for a period longer than four years from the date of his or her initial parole.~~

(B) Except as provided in Section 3064, in no case may a prisoner subject to five years on parole be retained under parole supervision or in custody for a period longer than seven years from the date of his or her initial parole.

(C) Except as provided in Section 3064, in no case may a prisoner subject to 10 years on parole be retained under parole supervision or in custody for a period longer than 15 years from the date of his or her initial parole.

California Department of Corrections
Calculation Worksheet
Controlling Discharge Date (CDD)
CDC Form ____
Rev. 12-99

# CALCULATION WORKSHEET FOR CONTROLLING DISCHARGE DATE (CDD)

This form is used to calculate the CDD for parolees/parole violators with either a single case, or multiple cases. Use additional sheets if more than two CDDs require tracking. Note: Revocation time includes revocation extension time served.

| Case No(s). SCD183718 + SCD162238 | Case No(s). _____ |
|---|---|
| Original Parole Date      4-7-05 | Original Parole Date      _____ |
| Plus Parole Period      + 3 | Plus Parole Period      + _____ |
| Minus Kemper/Sosa Credit      - 0 | Minus Kemper/Sosa Credit      - _____ |
| Original CDD      = 4-7-08 | Original CDD      = _____ |

### PAL (Suspend) Time

| Suspend Date | Reinstate Date | Days |
|---|---|---|
| 11-13-06 | 3-14-07 | 121 |
| | | |
| | | |
| | | |
| | | |

Total PAL Time: 121    + 121

### Revocation Time Served

| Arrest/Hold Date | PRRD/RRD | Days |
|---|---|---|
| 3-14-07 | 3-13-08 | 365 |
| | | |
| | | |
| | | |

Total Revocation Time: 365    + 365
(usually cannot add more than 365 days to the CDD)

Recalculated CDD:      = 8-6-09

### PAL (Suspend) Time

| Suspend Date | Reinstate Date | Days |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Total PAL Time: ____    + ____

### Revocation Time Served

| Arrest/Hold Date | PRRD/RRD | Days |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

Total Revocation Time: ____    + ____
(usually cannot add more than 365 days to the CDD)

Recalculated CDD:      = ____

Calculated By (Name & Title): D. Sanchez, CCRS      Date: 9-19-07

Inmate Name: Lamadrid, Diego      CDC #: P98764      Location: RJDRC

STATE OF CALIFORNIA

**RECEIVED**
JUL 2 5 2007

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category **6**
1. RJD    1. 07-1855    **CASE RECORDS**
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| LAMADRID, D. | P-98764 | NA | F4-20-126L |

A. Describe Problem: PRIMARY LANGUAGE IS SPANISH. THIS IS A 3084.7(H) PAROLE PERIOS AND TERMS COMPUTATION APPEALS. DON'T KNOW DATE PAROLE PUTS I STARTED TO ABSCOND. THIS CHANGES DISCHARGE REVIEW DATE, MAXIMUM RELEASE DATE. ALSO ARRESTED ON 3-14-07 YET THEY PUT HOLD DATE AS 3-15C WHAT IS MDD? WHAT WAS CONTROLLING DISCHARGE DATE (CDD)? WHAT WAS BPT "GOOD CAUSE TO RETAIN ON PAROLE"? THIS IS THIRD (3ᵈᵈ) RE-QUEST. WHAT RESTITUTION OBLIGATION ARE PRESENT OR WHERE TO ASK?

If you need more space, attach one additional sheet.

B. Action Requested: DETAILED ACCOUNT OF TIMES, DATES AND REASONS' VERBAL AND WRITTEN OF HOW AND WHY IT IS AT PRESENT TIME. INCLUDING MAXIMUM DISCHARGE DATE. WHAT GOOD CAUSE DID BPT ACT UPON TO RETAIN ON PAROLE? P.C. 3001, 3008 (b)(4) — RESTITUTION?

Inmate/Parolee Signature: _Diego LaMadrid_    Date Submitted: 7-9-07

C. INFORMAL LEVEL (Date Received: 7.13.07 )

Staff Response: _See attached_

Staff Signature: _____    Date Returned to Inmate: 7-20-07

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response. IS CCR 3084.7(H)(2)A. DOES NOT ANSWER ALL (B. ACTION REQUESTED). "B.P.T. GOOD CAUSE TO RETAIN ON PAROLE PC. 3001? I NEVER GOT IN WRITING! NESPER OR IN re CARR, SUPRA.: PEOPLE v. JACK. SO WHAT IS MDD? CDD CHANGES ON NEW TERM IS THIS NOT TRUE? I CAN NOT APPEAL SOMETHING I DON'T KNOW OF MY, OR NEVER RECEIVED! WHY RETAINED ON PAROLE? 13

Signature: _Diego LaMadrid_    Date Submitted: 7/23/07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

07-1855

First Level     ☐ Granted     ☐ P. Granted     ☐ Denied     ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days) Date assigned: _____     Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

Staff Signature: _____     Title: _____     Date Completed: _____
Division Head Approved:     Returned
Signature: _____     Title: _____     Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

Signature: _____     Date Submitted: _____     SEP 13 2007

Second Level     ☐ Granted     ☐ P. Granted     ☒ Denied     ☐ Other _____     AUG 0 2 2007
G. REVIEWER'S ACTION (Complete within 10 working days) Date assigned:     AUG 0 2 2007     Due Date: AUG 2 9 2007
☐ See Attached Letter

Signature: _____ D. URIBE, A.W.     Date Completed: 9-20-07
Warden/Superintendent Signature: _____ S.H. GARCIA, CDW     Date Returned to Inmate: SEP 28 2007

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____     Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:     ☐ Granted     ☐ P. Granted     ☐ Denied     ☐ Other
☐ See Attached Letter
CDC 602 (12/87)     Date: _____

*Appeals of 3084.7 (h) (2) (A)*

STATE OF CALIFORNIA
GA-22 (9/92)

## INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| -31-07 | Appeal Coordinator | La Madrid | H-98769 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER |
|---|---|---|---|
| EY-20 | 1264 | NA | FROM        TO |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)     ASSIGNMENT HOURS   FROM        TO

### Clearly state your reason for requesting this interview.

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

REGARDING THIS APPEAL IT'S A "REQUEST FOR A COM-
PUTATION REVIEW HEARING" PER 15 CCR 3084.7 (h) (2) (A)
SPANISH IS PRIMARY LANGUAGE & JUST LAYMAN IN LEGAL STUFF. DISCRE-
PANCY IN IT ALL. 360 DAYS IS YEAR! WHERE BEHAVIOR OR

---

INTERVIEWED BY
CONDUCT CREDITS?                                                     DATE

DISPOSITION

DATE:            July 20, 2007

NAME:            Lamadrid, Diego

CDC NUMBER:      P98764

APPEAL ISSUE:    You are disputing the three year parole period.  Also your
                 hold date.


APPEAL RESPONSE: On April 12, 2007 you were sentenced to 12 months
                 ineligible with a hold date of 3-14-2007 and release date
                 of  3-13-2008.  After your release of 06-04-2004 you
                 picked up a new term which brings your CDD date
                 to 8-06-2009


A.Garcia
Correctional Case Records Analyst

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*July 27, 2007*

*LAMADRID, P98764*
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*The action you are seeking is under the jurisdiction of the Board of Prison Terms. Please contact your counselor, the C&PR at the institution or your Parole Agent regarding the correct form and address.*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

CC III
TALBERT

## INMATE APPEAL ROUTE SLIP

To: RCREC                                               Date: August 9, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number  RJD-4-07-01855  By Inmate  LAMADRID, P98764

Please assign this appeal to appropriate staff for SECOND level response.

Appeal Issue: CASE INFO./RECORDS
Due Date: 09/13/2007
Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin
your response with: GRANTED, DENIED, PARTIALLY GRANTED or
WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete
will be returned to the responding staff for appropriate completion. Refer to D.O.M.
54100 for instructions.


Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

State of California                                                            Department of Corrections

# Memorandum

Date    :    September 24, 2007

To      :    LAMADRID, P98764
             F42000000000126L


             Log Number: RJD-4-07-01793



Subject:     **EXCEPTIONAL DELAY IN REVIEW OF APPEAL**


This is to notify you that the due date on the above referenced appeal has been extended for the
following reason:

☐ Unavailability of the appellant, or staff or inmate witness.

☑ Complexity of the decision, action, or policy.

☐ Necessary involvement of other agencies or jurisdictions.

This notification is required per California Code of Regulations, Section 3084.6(b)(6).  The
new estimated completion date is ____OCT 1 5 2007_____.



Appeals Coordinator

State of California.                                              Department of Corrections

# Memorandum

Date    :    September 24, 2007

To      :    LAMADRID, P98764
             F42000000000126L

             Log Number: RJD-4-07-01855

Subject:    **EXCEPTIONAL DELAY IN REVIEW OF APPEAL**

This is to notify you that the due date on the above referenced appeal has been extended for the
following reason:

☐ Unavailability of the appellant, or staff or inmate witness.

☑ Complexity of the decision, action, or policy.

☐ Necessary involvement of other agencies or jurisdictions.

This notification is required per California Code of Regulations, Section 3084.6(b)(6).  The
new estimated completion date is _____ **OCT 1 5 2007** _____.

Appeals Coordinator

State of California
**CDC FORM 695**
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*July 9, 2007*

**LAMADRID, P98764**
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have not included evidence of an attempt to resolve the problem at the Informal Level. The Informal Level of Review is waived for appeals of classification actions; serious disciplinaries; CSR actions; departmental regulations, policies or operational procedures; staff complaints; and exceptional circumstances as defined in CCR 3084.7. Obtain an informal response by sending your appeal directly to:*

*MEDICAL*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE LAMADRID, P98764                          Date: May 1, 2007
Current Housing: ~~F101000000000~~

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: RJD-4-07-01079

ASSIGNED STAFF REVIEWER: EDUC
APPEAL ISSUE: LEGAL
DUE DATE: 06/01/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.


Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility



# INMATE APPEAL ASSIGNMENT NOTICE

To:  INMATE  LAMADRID, P98764                          Date: July 2, 2007
Current Housing:  F42000000000126L

From:  INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER:  RJD-4-07-01079

ASSIGNED STAFF REVIEWER:  APPEALS
APPEAL ISSUE: LEGAL
DUE DATE: 07/31/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the
above staff for SECOND level response.  If you have any questions, contact the above
staff member. If dissatisfied, you have 15 days from the receipt of the response to
forward your appeal for THIRD level review.   Third level appeals are to be mailed
directly to:

        Chief of Inmate Appeals
        Department of Corrections
        P. O. Box 942883
        Sacramento, CA  94283-0001

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE LAMADRID, P98764                    Date: June 19, 2007
Current Housing: F42000000000126L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: RJD-1-07-01141

ASSIGNED STAFF REVIEWER: APPEALS
APPEAL ISSUE: LEGAL
DUE DATE: 07/16/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the above staff for SECOND level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for THIRD level review. Third level appeals are to be mailed directly to:

Chief of Inmate Appeals
Department of Corrections
P. O. Box 942883
Sacramento, CA  94283-0001

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

SENT 8/20

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE LAMADRID, P98764                          Date: May 8, 2007
Current Housing: F10100000000226U

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: RJD-1-07-01141

ASSIGNED STAFF REVIEWER: EDUC
APPEAL ISSUE: LEGAL
DUE DATE: 06/20/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.


Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility


TIME : OVER STATUTORY LIMITS
THEN APPROVED APPEAL

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE LAMADRID, P98764                    Date: July 16, 2007
Current Housing: F42000000000126L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: RJD-4-07-01692

ASSIGNED STAFF REVIEWER: <u>MED</u>
APPEAL ISSUE: MEDICAL
DUE DATE: <u>08/27/2007</u>

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE LAMADRID, P98764                    Date: July 27, 2007
Current Housing: F42000000000126L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: RJD-4-07-01793

ASSIGNED STAFF REVIEWER: <u>MED</u>
APPEAL ISSUE: MEDICAL
DUE DATE: <u>09/07/2007</u>

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the
above staff for FIRST level response.  If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal for SECOND level review.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

— CHANGE OF CIRCUMSTANCE

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE LAMADRID, P98764                    Date: August 22, 2007
Current Housing: F42000000000126L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: RJD-4-07-01793

ASSIGNED STAFF REVIEWER: APPEALS
APPEAL ISSUE: MEDICAL
DUE DATE: 09/20/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the above staff for SECOND level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for THIRD level review. Third level appeals are to be mailed directly to:

        Chief of Inmate Appeals
        Department of Corrections
        P. O. Box 942883
        Sacramento, CA 94283-0001

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE LAMADRID, P98764                    Date: July 27, 2007
Current Housing: F42000000000126L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: RJD-4-07-01800

ASSIGNED STAFF REVIEWER: APPEALS
APPEAL ISSUE: <u>DISCIPLINARY</u>
DUE DATE: 09/07/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the above staff for SECOND level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for THIRD level review. Third level appeals are to be mailed directly to:

> Chief of Inmate Appeals
> Department of Corrections
> P. O. Box 942883
> Sacramento, CA  94283-0001

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE  LAMADRID, P98764                           Date: August 2, 2007
Current Housing:  F42000000000126L

From:  INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER:  RJD-4-07-01855

ASSIGNED STAFF REVIEWER:  MREC
APPEAL ISSUE:  CASE INFO./RECORDS
DUE DATE:  09/13/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the
above staff for SECOND level response.  If you have any questions, contact the above
staff member. If dissatisfied, you have 15 days from the receipt of the response to
forward your appeal for THIRD level review.   Third level appeals are to be mailed
directly to:

           Chief of Inmate Appeals
           Department of Corrections
           P. O. Box 942883
           Sacramento, CA  94283-0001


Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

## INMATE APPEAL ASSIGNMENT NOTICE

*MEDICAL  1893*

To: INMATE  LAMADRID, P                          Date: August 8, 2007
Current Housing: F420000000012

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: RJD-4-07-01893

ASSIGNED STAFF REVIEWER: MED
APPEAL ISSUE: <u>MEDICAL</u>
DUE DATE: 09/19/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE LAMADRID, P98764                    Date: August 22, 2007
Current Housing: F42000000000126L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: RJD-4-07-02011

ASSIGNED STAFF REVIEWER: F4
APPEAL ISSUE: MAIL
DUE DATE: 10/03/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the
above staff for FIRST level response. If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal for SECOND level review.


Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

# INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE  LAMADRID, P98764                           Date: September 13, 2007
Current Housing:  F42000000000126L

From:  INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER:  RJD-4-07-02280

ASSIGNED STAFF REVIEWER:  MED
APPEAL ISSUE:  MEDICAL
DUE DATE:  10/26/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the
above staff for FIRST level response.  If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal for SECOND level review.


Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

State of California
**CDC FORM 695**
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*July 9, 2007*

**LAMADRID, P98764**
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*NON ADA ISSUE. PLEASE COMPLETE THE ATTACHED 602 AND SUBMIT DIRECTLY TO MEDICAL*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

```
PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE
```

STATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | **1S. ADA** |

*RECEIVED*
JUL 0 9 2007
RICHARD J. DONOVAN CORR. FAC.

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| LAMADRID, DIEGO | P-98764 | | | F4-20-126L |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:
MENTAL IMPAIRMENTS THAT SUBSTANTIALLY LIMIT. WITHIN 42 U.S.C. CCCMS OR EOP

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
C-FILES FOR LAST 14 YEARS OR V.A. OR MEDICAL

DESCRIBE THE PROBLEM:
HAVE BEEN IN R.J. DONOVAN SINCE 3-21-07 APPROXIMATELY AN I DEPEND ON PROPER MEDICAL CARE AND PROPER MEDICATION IN TREATMENT OF MENTAL HEALTH. HAVE EVEN GONE OTC AND STILL PROBLEMS. EYES, AILERGY, HAND, AND U.W. ATTACHED TO 602

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?
PROPER MEDICAL CARE WITH PRESCRIPTIONS AND ALSO MENTAL HEALTH CARE WITH APPROPIATE PRESCRIPTIONS. SINCE HAVING TROUBLE WITH CURRENT AILERGY PSYCHIATRIST. EYES. AILERGY. HAND. U.W. HOW MUCH CHARGE TO NOW?

_____                              7/5/07
INMATE/PAROLEE'S SIGNATURE                           DATE SIGNED

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

*LITTLE* ✳ *EXAMPLE* ✳

RE: Screening at the FIRST Level

*PLEASE RETURN*

*July 27, 2007*

**LAMADRID, P98764**
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*Your appeal issue and reasonable accommodation requested do not meet the criteria to be filed on a CDC Form 1824.  Please resubmit on a CDC Form 602, Inmate/Parolee Appeal Form.*

*NON ADA ISSUES.  ALSO, TOO MANY ISSUES FOR ONE APPEAL.  PLEASE SEPERATE YOUR ISSUES AND RESUBMIT TO MEDICAL DEPARTMENT.*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

RECEIVED
JUL 2 5 2007
RICHARD J. DONOVAN CORR. FAC.
APPEALS

STATE OF CALIFORNIA

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**

CDC 1824 (1/95)

DEPARTMENT OF CORRECTIONS

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| LAMADRID | P-98764 | NA | | 4-20-126L |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

Within 42 U.S.C. 12102   Also Armstrong & Coleman

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

C-File, Medical File

DESCRIBE THE PROBLEM: In classification on 7-20-07 with committee members An unanticipated adverse effect surfaced. Denial of red cards, DPA, change of purpose of committee hearing, and needed extra time to think. It just went too fast. Wrong psychiatric medications and psychological condition require time for me to think. Mind races and other symptoms affecting "interacting with others" I am substantially limited.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? Spanish primary language!

To get eye test, or property from P.O.. Per 15 CCR 3193, 3191(a) and (d) 3391, and 3382. Eye test to determain evaluation, assesment, diagnosis and necesary services. Right psychiatric medications for better treatment of mental health. Then another classification, once evaluation done. 3084.5(a)(3)(A)

INMATE/PAROLEE'S SIGNATURE  Diego LaMadrid

DATE SIGNED  7-22-07

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*August 2, 2007*

*LAMADRID, P98764*
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*Your appeal issue and reasonable accommodation requested do not meet the criteria to be filed on a CDC Form 1824. Please resubmit on a CDC Form 602, Inmate/Parolee Appeal Form.*

*YOU DID NOT CITE A SPECIFIC ISSUE OR REMEDY REQUESTED.*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

STATE OF CALIFORNIA

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**

CDC 1824 (1/95)

DEPARTMENT OF CORRECTIONS

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | **18. ADA** |

JUL 3 1 2007

**NOTE:** THIS FORM TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| NAMADRID, DIEGO | P98769 | NA | | FY-120-126L |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

WITHIN 42 U.S.C. 12102

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

C-FILE

DESCRIBE THE PROBLEM: SPANISH PRIMARY LANGUAGE. CONDITIONS OF DETENTION DER 15 CCR § 3330(b), 3331(h)(f), 3335(a), (b), AND 3338(f), (g), 3341.5 (a) ALSO 3343 "CONDITIONS OF SEGREGATED HOUSING." TITLE II OF ADA STATES QUALIFIED INDIVIDUAL EXCLUDED FROM PARTICIPATION IN OR DENIED THE BENEFITS OF SERVICES, PROGRAMS, OR ACTIVITIES OF A PUBLIC ENTITY SHALL RESUBJECT TO DISCRIMINATION 42 U.S.C. 12132, AN ONGOING PRISON POLICIES AND OPERATIONAL PROCEDURES IN THE PRESENT.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? TO FOLLOW OWN RULES OF 15CCR FEDERAL AND STATE LAWS CONCERNING PRISON CONDITIONS. THAT RECUR BETWEEN PARTIES VERY MUCH CAPABLE OF REPETITION YET EVADING REVIEW AND OF INMATE AND PUBLIC INTEREST.

INMATE/PAROLEE'S SIGNATURE                    7/25/07                    DATE SIGNED

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*August 30, 2007*

*LAMADRID, P98764*
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*SEPARATE YOUR ISSUES AND SUBMIT THEM SEPARATELY FOR INFORMAL RESPONSE TO THE APPROPRIATE AREA.*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

EMERGENCY APPEAL
Issue 3084.7(a)(1)

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

RICHARD J. DONOVAN CORR. FAC.
APPEALS

AUG 23 2007

Location: Institution/Parole Region       Log No.          Category

1. _____    1. _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| LA MADRID, D | D98764 | NA | 4-20-126L |

**A. Describe Problem:** PRISON CONDITIONS & HEAT PLAN COUPLED WITH MY MEDICATION LEVELS' (NEW) SUBJUGATE ME TO VERY POOR BODY TEMPERATURE CONTROL; MAKING EXPOSING ME TO SERIOUS RISK OF INJURY OR HARM. ISSUES ARE PARTICULARLY VERY COMPLEX THAT BRING ABOUT FOLLOWING SYMPTOMS: SLEEPINESS, CONFUSION, HEAD-ACHES, DIZZINESS, LIGHT HEADED, LACK OF COORDINATION & BALANCE, NAUSEA, VOMITING AND BLURED VISION, SKIN RASH. BEEN PICK-UP BY AMBULANCE 3 TIMES AND HAVE TOLD C/O'S MUNOZ, SILVER, JONES ABOUT SYMPTOMS FOR LACK OF AIRFLOW AND TEM-PERATURE RISING EXPONENTIALY WHEN SUN HITS "B" SECTION BACK WALL. THE "HEAT

If you need more space, attach one additional sheet. ✳ SEE ATTACH SHEET (FRONT AND BACK OF IT)

**B. Action Requested:** REVISE HEAT PLAN AND VENTILATION IN BLG. 20. MOVED TO 2 GYM OR 4 GYM. MEDICATION TO BE DOUBLE CHECKED FOR MIXTURE OR BE GIVEN OUTSIDE COM-BINATION CAUSE IT WORKS. THIS UNDER HEAT, STRESS AND DEPPRESSION. MAKE BETTER AIR CIRCULATION BY CRACK ON DOORS, FANS ON AND PERIODIC CHECK-UPS. C/O CLARK KNOWS ME.

Inmate/Parolee Signature: _Diego La Madrid_     Date Submitted: 8-20-07

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____
_____
_____
_____
_____

Staff Signature: _____     Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____     Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

CS CCR § 3084.7(a)

LaMADRID   P-98764      F4-20-126ℓo

PLAN " FOR BUILDING 20 SHOULD BE
REVISE. THESE ARE JUST SOME OF THE
REASONS. FANS INSIDE THE BUILDING,
THE BIG ONES, ARE NOT ON. MAKING
IT FOR BAD AIR CIRCULATION. BETTER
AIR CIRCULATION IS A MUST. VENTILA-
TION IS PROBABLY ON AIR FLOW. IT
IS NOT REALLY COOLING DOWN AIR
THAT MUCH THAT COMES INTO CELL;
THESE INSIDE THEN JUST PUSH HOT
AIR AROUND CELL. MY CELL SEEMS
TO ASPHYXIATE ME: COUPLED WITH
MY ALBUTEROL SULFATE THAT IS
OUT, NEEDS REFILL. ONCE SUN HITS
OUTSIDE WALL ON "B" SECTION TEM-
PERATURE RISES EXPOTENTIALLY. MAKING
EVERYTHING EVEN WORST INSIDE
THE CELL BECAUSE OF POOR AIR
FLOW. HAVE BEEN TRING ALL SUMMER NEW
PSYCHIATRIC MEDICATION. MENTAL FUNCTIONS GO UP
AND DOWN, BECAUSE OF MENTAL DISABILITIES MIXED
WITH PYSHICAL ISSUES. THEN ADD MIXTURE OF A11
MEDICATION, TEMPERATURE RISING, POOR AIR FLOW,
BLURRING VISION, CONFUSION, SLEEPINESS. DO NOT

OVER ⟶

MAKE "DIFFERENCE" BETWEEN "GETTING ALONG WITH OTHERS" AND "INTERACTING WITH OTHERS" A MAJOR LIFE ACTIVITY UNDER ADA. I'VE BEEN 'SUBSTANTIALLY LIMITED' WITH SEVERE AND MAJOR DEPRESSIONS. MEDICATION GIVEN ON OUTSIDE BY DOCTORS AFTER MORE THAN 180 DAYS IN HOS- PITAL WORKS UNDER HEAT AND STRESS WHEN BIPOLAR IS UNCONTROLED. THIS MAKES SITUATION MORE COMPOUND AND COMPLEX. (SEE MEDICAL APPEALS PUT IN) TYLENOL AND IBUPROFEN AMOUNG MEDICATIONS PERSCRIBED. All %'s KNOW I SLEEP ALL DAY & NIGHT, WITH COVERED LIGHTS BECAUSE OF PHOTO- SENCITIVITY. I HAVE BEEN CLASSIFIED BY AVILES HAVE 13 POINTS. HARD TO EXPLAIN IT ALL VERY COMPLEX TO DO IN WRITING. I AM UNDER Rx OF TEN (10) OR MORE MEDICATIONS CONSISTENTLY. WHICH THE RIGHT DOSAGE, MIXTURE MUST BE EMPLOYED. HAVE HEP C, ASMA, ULCER, CHRONIC BACK PAIN, MULTIPLE ALLERGIES, SKIN DISODERS, PHOTO SENSITIVITY AND 4 DIFFERENT MENTAL HEALTH PROBLEMS. RECORDS WITH MEDICAL AND V.A. FOR OVER 12 YEARS. CONTINUED PROLONG MAINTANED CIRCUMSTANCES POSING SIGNIFICANT AND MANIFESTED OUTCOMES FROM HEAT, PRISON CONDITION MIXED WITH PRESCRIBED MEDICATIONS AND UNCONTROLED MENTAL HEALTH FEELS AND SEEMS TO BE CRUEL AND UNUSUAL PUNISHMENT. COMPLICATING EVERYTHING. MY PAIN RELEVERS (EXAMPLE) TYLENOL, IBU 800 IN/UNDER HEAT IS ABUSE OF TRUST? WHAT ELSE IS WRONG? PLEASE CHECK! CURRENTLY ON 19 DIFFERENT MEDICATIONS. PROOF WELL ATTACHING 602 RJD-07-1993

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*September 6, 2007*

**LAMADRID, P98764**
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*This appeal constitutes an abuse of the appeal process pursuant to CCR 3084.4. Your appeal cannot be understood or is obscured by pointless verbiage or voluminous unrelated documentation CCR 3084(c).*

*IDENTIFY THE SPECIFIC PROBLEM AND RESUBMIT. ONE ISSUE PER 602.*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

**IN EMERGENCY**

AUG 29 2007

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

RICHARD J. DONOVAN CORR. FAC.
APPEALS

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | _____ | 1. _____ | _____ |
| 2. | _____ | 2. _____ | _____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME A. MADRID | NUMBER D-98764 | ASSIGNMENT NA | UNIT/ROOM NUMBER 4-20-126 |
|---|---|---|---|

**A. Describe Problem:** PRISON CONDITIONS OF NONDISIPLINARY SEGREGATED PROGRAM HOUSING UNITS 15CCR 3341.5(b), 3330(b), 3338(f); PENDING CLASSIFICATION 3335(b); AND CONDITIONS 3343 ARE NOT BEING FOLLOWED PER YOUR OWN RULES, AS WELL AS STATE AND FEDERAL LAWS, INVOLVING INMATES IN TREATMENT UNDER THE MENTAL HEALTH SERVICES, AND ONGOING VIOLATION. THIS A 3084.5 (a)(3)(D) FOR OPERATIONAL PROCEDURE, AND FOR VIOLATION OF ARMSTRONG, COLEMAN, GILMORE. DIFFICULT EXPLAINING THE PROBLEM THROUGH BUREAUCRATIC MAZE OF D.O.M. 15CCR, AND LAWS APPLICABLE. INCLUDING A.D.A. "JUDICIAL REVIEW"

If you need more space, attach one additional sheet.        (SEE ATTACH SHEET)

**B. Action Requested:** IMPROVE CONDITIONS OF SEGREGATED HOUSING UNITS. HOUSING INMATES IN/UNDER THE MENTAL HEALTH SERVICES PENDING CLASSIFICATION IN FOR NON-DICIPLNARY RESONS. 3343(h) 10 HOURS TO FILLED WITH DAY ROOM IF NO YARD IF GIVEN AND KEEP ONLY LEVEL 3 AND BELOW IN MENTAL HEATH (CCCMS/EOP) IN 20. BE OUT OF R.C. STATUS UNDER 60 DAYS OR "EXTENDED SERVICES GIVEN."

Inmate/Parolee Signature: _____        Date Submitted: 8/26/07

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____        Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____        Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

Lamadrid, S.    P-98764    F4-20-126L

THROUGH 8 U.S.C. § 1252 "CHALLENGES ON
VALIDITY OF THE SYSTEM" AS A PRACTICAL
MATTER MAY BE BEST WAY TO APPROACH THIS
PROBLEM. SINCE "DECLARATORY, INJUNCTIVE OR
OTHER EQUITABLE RELIEF, AND CLASS ACTIONS"
AND CONCERNS REVIEW OF CONSTITUTIONAL AND
STATUTORY VALIDITY OF ANY REGULATION...
WRITTEN POLICY DIRECTIVE, WRITTEN POLICY
GUIDELINE OR PROCEDURE TO IMPLEMENT IT.

IF THIS APPEAL IS NOT TAKEN AS AN
EMERGENCY JUST DENIED IT AND RETURN.

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*July 9, 2007*

*LAMADRID, P98764*
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*NON ADA ISSUE.   PLEASE COMPLETE THE ATTACHED 602 AND SUBMIT DIRECTLY TO MEDICAL*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

STATE OF CALIFORNIA                                                                                        DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**

CDC 1824 (1/95)

| | INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|---|
| | | | **18. ADA** |

RECEIVED
JUL 0 9 2007
RICHARD J. DONOVAN CORR. FAC.

*NOTE:* THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| LAMADRID, DIEGO | P-98764 | | | F4-20-126 L |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

MENTAL IMPAIRMENTS THAT SUBSTANTIALLY LIMIT.
WITHIN 42 U.S.C.   CCCMS OR EOP

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

C-FILE FOR LAST 14 YEARS OR V.A. OR MEDICAL

DESCRIBE THE PROBLEM:

HAVE BEEN IN R.J. DONOVAN SINCE 3-21-07 APPROXIMATELY AN
I DEPEND ON PROPER MEDICAL CARE AND PROPER MEDICATION
IN TREATMENT OF MENTAL HEALTH. HAVE EVEN GONE OTC
AND STILL PROBLEMS. EYES, ALLERGY, HAND, AND V.W.
ATTACHED TO 602

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

PROPER MEDICAL CARE WITH PRESCRIPTIONS AND ALSO
MENTAL HEALTH CARE WITH APPROPRIATE PRESCRIPTIONS.
SINCE HAVING TROUBLE WITH CURRENT PSYCHIATRIST.
EYES, ALLERGY, HAND, V.W. HOW MUCH CHARGE TO NOW?

INMATE/PAROLEE'S SIGNATURE                                                    7/5/07
                                                                             DATE SIGNED

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

LITTLE   ✱ EXAMPLE ✱

RE: Screening at the FIRST Level

PLEASE RETURN

*July 27, 2007*

***LAMADRID, P98764***
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*Your appeal issue and reasonable accommodation requested do not meet the criteria to be filed on a CDC Form 1824. Please resubmit on a CDC Form 602, Inmate/Parolee Appeal Form.*

*NON ADA ISSUES.  ALSO, TOO MANY ISSUES FOR ONE APPEAL.  PLEASE SEPERATE YOUR ISSUES AND RESUBMIT TO MEDICAL DEPARTMENT.*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

| **PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE** |

STATE OF CALIFORNIA

**RECEIVED**

JUL 2 5 2007

RICHARD J. DONOVAN CORR. FAC.
APPEALS

DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

**NOTE:  THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| LAMADRID | P-98764 | NA | | 4-20-126L |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:
Within 42 U.S.C. 12102   Also Armstrong & Coleman

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
C-File, Medical File

DESCRIBE THE PROBLEM: In classification on 7-20-07 with committee members An unanticipated adverse effect surfaces. Denial of Rea Cars. DA, change of purpose of committee hearing, and needed extra time to think. It just went too fast. Wrong psychiatric medications and psychological condition require time for me to think. Mind races and other symtoms affecting "interacting with others" and substantially limited.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? Spanish primary language!
To get eye test, or property from P.O.. per 15 CCR 3193, 3191(a) and (d), 3391 and 3382. Eye test to determain evaluation, assesment, diagnosis and necesary services. Right psychiatric medications for better treatment of mental health. Then another classification, once evaluation done. 3084.5(a)(3)(A)

| | |
|---|---|
| Diego LaMadrid | 7-22-07 |
| INMATE/PAROLEE'S SIGNATURE | DATE SIGNED |

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*August 2, 2007*

*LAMADRID, P98764*
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*Your appeal issue and reasonable accommodation requested do not meet the criteria to be filed on a CDC Form 1824. Please resubmit on a CDC Form 602, Inmate/Parolee Appeal Form.*

*YOU DID NOT CITE A SPECIFIC ISSUE OR REMEDY REQUESTED.*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

STATE OF CALIFORNIA

**REASONABLE MODIFICATION OR
ACCOMMODATION REQUEST**
CDC 1824 (1/95)

DEPARTMENT OF CORRECTIONS

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

JUL 3 1 2007

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| NAMADRID, Diego | P-98769 | NA | | F4-120-126L |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

WITHIN 42 U.S.C. 12102

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

C-FILE

DESCRIBE THE PROBLEM: SPANISH PRIMARY LANGUAGE. CONDITIONS OF DETENTION PER 15 CCR § 3330(b), 3331(h)(f), 3335 (a) (b), AND 3338(f) (g), 3341.5 (a) ALSO 3343 "CONDITIONS OF SEGREGATED HOUSING." TITLE-II OF ADA STATES QUALIFIED INDIVIDUAL EXCLUDED FROM PARTICIPATION IN OR DENIED TITLE BENEFITS OF SERVICES, PROGRAMS, OR ACTIVITIES OF A PUBLIC ENTITY SHALL BE SUBJECT TO DISCRIMINATION. 42 U.S.C. 12132, AN ONGOING PRISON POLICIES AND OPERATIONAL PROCEDURES IN THE PRESENT.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? TO FOLLOW OWN RULES OF ISSUE FEDERAL AND STATE LAWS CONCERNING PRISON CONDITIONS. THAT RECUR BETWEEN PARTIES VERY MUCH CAPABLE OF REPETITION YET EVADING REVIEW AND OF INMATE AND PUBLIC INTEREST.

| INMATE/PAROLEE'S SIGNATURE | DATE SIGNED |
|---|---|
| Diego A. Medina | 7/25/07 |

State of California
**CDC FORM 695**
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*August 30, 2007*

*LAMADRID, P98764*
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*SEPARATE YOUR ISSUES AND SUBMIT THEM SEPARATELY FOR INFORMAL RESPONSE TO THE APPROPRIATE AREA.*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

| **PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE** |
| --- |

*EMERGENCY APPEAL*

Is ccr 3084.7(a)(1)

AUG 23 2007

RICHARD J. DONOVAN CORR. FAC.
APPEALS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. _____ | 1. _____ | _____ |
| 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| LA MADRID, D | D 98764 | NA | 4-20-126L |

**A. Describe Problem:** PRISON CONDITIONS & HEAT PLAN COUPLED WITH MY MEDICATION LEVELS' (NEW) SUBJUGATE ME TO VERY POOR BODY TEMPERATURE CONTROL; MAKING EXPOSING ME TO SERIOUS RISK OF INJURY OR HARM. ISSUES ARE PARTICULARLY VER COMPLEX THAT BRING ABOUT FOLLOWING SYMPTOMS: SLEEPINESS, CONFUSION, HEAD-ACHES, DIZZINESS, LIGHT HEADED, LACK OF COORDINATION & BALANCE, NAUSEA, VOMITING AND BLURES VISION, SKIN RASH. BEEN PICK-UP BY AMBULANCE 3 TIMES AND HAVE TOLD %'s MUNOZ, SILVER, JONES ABOUT SYMPTOMS FOR LACK OF AIRFLOW AND TEM-PERATURE RISING EXPONENTIALLY WHEN SUN HITS "B" SECTION BACK WALL. THE "HEAT

If you need more space, attach one additional sheet. ✱ SEE ATTACH SHEET (FRONT AND BACK OF IT)

**B. Action Requested:** REVISE HEAT PLAN AND VENTILATION IN BLG. 20. MOVED TO 2 GYM OR 4 GYM. MEDICATION TO BE DOUBLE CHECKED FOR MIXTURE OR BE GIVEN OUTSIDE COM-BINATION CAUSE IT WORKS. THIS UNDER HEAT, STRESS AND DEPRESSION. MAKE BETTER AIR CIRCULATION BY CRACK ON DOORS, FANS ON AND PERIODIC CHECK-UPS. %o CLARK KNOWS ME.

Inmate/Parolee Signature: _Diego La Madrid_     Date Submitted: 8-20-07

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: _____

_____

_____

_____

Staff Signature: _____     Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____     Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

(15 CCR § 3084.7(a))

LaMadrid   P-98764      F4-20-126(a)

PLAN " FOR BUILDING 20 SHOULD BE
REVISE. THESE ARE JUST SOME OF THE
REASONS. FANS INSIDE THE BUILDING,
THE BIG ONES, ARE NOT ON. MAKING
IT FOR BAD AIR CIRCULATION. BETTER
AIR CIRCULATION IS A MUST! VENTILA-
TION IS PROBABLY ON AIR-FLOW. IT
IS NOT REALLY COOLING DOWN AIR
THAT MUCH THAT COMES INTO CELL;
THESE INSIDE THEN JUST PUSH HOT
AIR AROUND CELL. MY CELL SEEMS
TO ASPHYXIATE ME. COUPLED WITH
MY ALBUTEROL SULFATE THAT IS
OUT, NEEDS REFILL. ONCE SUN HITS
OUTSIDE WALL ON "B" SECTION TEM-
PERATURE RISES EXPOTENTIALLY. MAKING
EVERYTHING EVEN WORST. INSIDE
THE CELL BECAUSE OF POOR AIR
FLOW. HAVE BEEN TRYING ALL SUMMER NEW
PSYCHIATRIC MEDICATION. MENTAL FUNCTIONS GO UP
AND DOWN, BECAUSE OF MENTAL DISABILITIES MIXED
WITH PYSHICAL ISSUES. THEN ADD MIXTURE OF ALL
MEDICATION, TEMPERATURE RISING, POOR AIR FLOW,
BLURRING VISION, CONFUSION, SLEEPINESS. DO NOT

OVER  →

MAKE "DIFFERENCE" BETWEEN "GETTING ALONG WITH OTHERS"
AND "INTERACTING WITH OTHERS" A MAJOR LIFE ACTIVITY
UNDER ADA. I'VE BEEN "SUBSTANTIALLY LIMITED" WITH
SEVERE AND MAJOR DEPRESSIONS. MEDICATION GIVEN ON
OUTSIDE BY DOCTORS AFTER MORE THAN 180 DAYS IN HOS-
PITAL WORKS UNDER HEAT AND STRESS WHEN BIPOLAR
IS UNCONTROLED. THIS MAKES SITUATION MORE COMPOUND
AND COMPLEX. (SEE MEDICAL APPEALS PUT IN) TYLENOL AND
IBUPROFEN AMOUNG MEDICATIONS PERSCRIBED. ALL YO'S KNOW I
SLEEP ALL DAY & NIGHT, WITH COVERED LIGHTS BECAUSE OF PHOTO-
SENSITIVITY. I HAVE BEEN CLASSIFIED BY AVILES HAVE 13
POINTS. HARD TO EXPLAIN IT ALL VERY COMPLEX TO DO IN
WRITING. I AM UNDER RX OF TEN(10) OR MORE MEDICATIONS
CONSISTENTLY. WHICH THE RIGHT DOSAGE, MIXTURE MUST BE EMPLOYED.
HAVE HEP C, ASMA, ULCER, CHRONIC BACK PAIN, MULTIPLE ALLERGIES
SKIN DISODERS, PHOTO SENSITIVITY AND 4 DIFFERENT MENTAL
HEALTH PROBLEMS. RECORDS WITH MEDICAL AND V.A. FOR OVER
12 YEARS. CONTINUED PROLONG MAINTANED CIRCUMSTANCES
POSING SIGNIFICANT AND MANIFESTED OUTCOMES FROM
HEAT, PRISON CONDITION MIXED WITH PRESCRIBED MEDICATIONS
AND UNCONTROLED MENTAL HEALTH FEELS AND SEEMS TO BE CRUEL
AND UNUSUAL PONISHMENT. COMPLICATING EVERYTHING. MY
PAIN RELIEVERS (EXAMPLE) TYLENOL, IBU 800 IN/UNDER HEAT IS ABUSE
OF TRUST? WHAT ELSE IS WRONG? PLEASE CHECK!
CURRENTLY ON 19 DIFFERENT MEDICATIONS. PROOF WELL
ATTACHING 602 RJD-07-1993

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*September 6, 2007*

**LAMADRID, P98764**
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*This appeal constitutes an abuse of the appeal process pursuant to CCR 3084.4. Your appeal cannot be understood or is obscured by pointless verbiage or voluminous unrelated documentation CCR 3084(c).*

*IDENTIFY THE SPECIFIC PROBLEM AND RESUBMIT. ONE ISSUE PER 602.*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

RE EMERGENCY

AUG 29 2007

RICHARD J. DONOVAN CORR. FAC.
APPEALS

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| a. _____ | | 1. _____ | _____ |
| b. _____ | | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME A MADRID | NUMBER D-98766 | ASSIGNMENT NA | UNIT/ROOM NUMBER 4-20-126 |
|---|---|---|---|

**A. Describe Problem:** PRISON CONDITIONS OF NONDISIPLINARY SEGREGATED PROGRAM HOUSING UNITS 15 CCR 3341.5(b), 3330(b), 3338(f); PENDING CLASSIFICATION 3335(b); AND CONDITIONS 3343 ARE NOT BEING FOLLOWED PER YOUR OWN RULES, AS WELL AS STATE AND FEDERAL LAWS, INVOLVING INMATES IN TREATMENT UNDER THE MENTAL HEALTH SERVICES, AND ONGOING VIOLATION. THIS A 3084.5(a)(3)(D) FOR OPERATIONAL PROCEDURE, AND FOR VIOLATION OF ARMSTRONG, COLEMAN, GILMORE. DIFFICULT EXPLAINING THE PROBLEM THROUGH BUREAUCRATIC MAZE OF D.O.M., 15 CCR, AND LAWS APPLICABLE, INCLUDING A.D.A. "JUDICIAL REVIEW"

If you need more space, attach one additional sheet.    (SEE ATTACH SHEET)

**B. Action Requested:** IMPROVE CONDITIONS OF SEGREGATED HOUSING UNITS. HOUSING INMATES IN/UNDER THE MENTAL HEALTH SERVICES PENDING CLASSIFICATION IN FOR NON-DICIPLINARY RESONS. 3343(h) 10 HOURS TO FILLED WITH DAY ROOM IF NO YARD IF GIVEN AND KEEP ONLY LEVEL 3 AND BELOW IN MENTAL HEATH (CCCMS/EOP) IN 20. + DSP (ARMSTRONG) BE OUT OF R.C. STATUS UNDER 60 DAYS OR "EXTENDED SERVICES GIVEN.

Inmate/Parolee Signature: _____    Date Submitted: 8/26/07

**C. INFORMAL LEVEL (Date Received: _____ )**

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

[ ]

Lamadrid, D.    P-98764    F4-20-126L

THROUGH 8 U.S.C. § 1252 "CHALLENGES ON
VALIDITY OF THE SYSTEM" AS A PRACTICAL
MATTER MAY BE BEST WAY TO APPROACH THIS
PROBLEM. SINCE "DECLARATORY, INJUNCTIVE OR
OTHER EQUITABLE RELIEF, AND CLASS ACTIONS"
AND CONCERNS REVIEW OF CONSTITUTIONAL AND
STATUTORY VALIDITY OF ANY REGULATION...
WRITTEN POLICY DIRECTIVE, WRITTEN POLICY
GUIDELINE OR PROCEDURE TO IMPLEMENT IT.

     IF THIS APPEAL IS NOT TAKEN AS AN
EMERGENCY JUST DENIED IT AND RETURN.

State of California                                                        Department of Corrections and Rehabilitation

# Memorandum

Date:    September 21, 2007

To:      LaMadrid, D.
         P98764
         Richard J. Donovan Correctional Facility at Rock Mountain

Subject: **SECOND LEVEL APPEAL RESPONSE**              **LOG NO.:**    **RJD-07-01793**

**APPEAL ISSUE:**

It is the appellant's position that his medical/mental condition has not been properly diagnosed, which has led to pain to his hand, allergies and mental health concerns.

The appellant's appeal has been responded to at the Informal and First Level of Review, which resulted in granted decisions. He has been medically evaluated for his complaints on a continuous basis at the Richard J. Donovan Correctional Facility, and has received approximately 19 prescriptions for his conditions.

The appellant's argues that his condition is not improved and is requested proper medication to correct his concerns.

**INTERVIEWED BY:** Waived in accordance of California Code of Regulations (CRC) Section 3084.5 (f) (2)

**REGULATIONS:** The rules governing this issue are California Code of Regulations (CCR), Title 15, Sections:

      CCR 3350 – Provisions of Medical Care and Definitions
      CCR 3355 – Health Care Examinations

**APPEAL RESPONSE:**

A review of the "Effective Communication List for Inmates With Test of Adult Basic Education Reading Scores of 4.0 or Less" reveals that the inmate does not require assistance in order to achieve effective communication.

On September 10, 2007, the appellant had transferred to the California Institute for Men, where further medical treatment and evaluations can be performed.

**APPEAL DECISION:** The appeal is granted the Second Level of Review.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

Silvia H. Garcia
Chief Deputy Warden
California Department of Corrections and Rehabilitation
Richard J. Donovan Correctional Facility at Rock Mountain

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

RECEIVED
JUL 0 9 2007

Location/Institution/Parole Region: **RJD**

1. Log No. **07-1793**
2.

Category **S**
**MD**

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME **LaMadrid** NUMBER **P-98764** ASSIGNMENT **N A** UNIT/ROOM NUMBER **4-20-126c**

**A.** Describe Problem: I KEEP ON PUTTING MEDICAL REQUEST FOR SAME THINGS AND THEY STILL DO NOT TAKE CARE OF THEM. GLASSES WITH P.O. OR SEE OPTOMETRIST. MENTAL HEALTH WILL INVOLVE DEEP PERSONAL AND PRIVATE MATTERS. SO I'll NEED TO TRUST THEM. IN VIOLATION OF PLATA, ARMSTRONG AND COLEMAN; WHICH JUST CONTINUES NO MATTER HOW MANY MEDICAL SLIPS OR INMATE REQUEST I PUT IN. WITH 1824! HAND, ALLERGIES, & PSYCH.

If you need more space, attach one additional sheet.

**B.** Action Requested: TO KNOW HOW MUCH CHARGE TILL NOW? IF YOU DID PUT BACK ON BOOKS. P.O. FOR GLASSES OR OPTOMETRIST. ALLERGY, HAND. APPOINTMENT WITH PSYCHOLOGIST & PSYCHIATRIST ALSO ALLERGY(S) THAT DON'T GO AWAY/GET RIGHT MEDICATIONS FROM PSYCH.

Inmate/Parolee Signature: *Diego LaMadrid* Date Submitted: **7/5/07**

**C. INFORMAL LEVEL** (Date Received: JUL 11 2007 ) Partially Granted

Staff Response: You WERE SEEN BY YOUR FACILITY PROVIDER ON JULY 11, A REFERRAL WAS COMPLETED FOR OPTOMETRY, YOU WERE PRESCRIBED BODY LOTION, ALLERGY MEDICATION. IN ORDER TO DISPUTE CHARGES, YOU NEED TO PROVIDE A TRUST ACCOUNTING STATEMENT AND SUPPLY MORE INFORMATION, AS IT IS UNCLEAR NO _current_ REQUESTS FOR HEALTH CARE SERVICES WAS LOCATED IN YOUR MEDICAL FILE. SUBMIT TO MENTAL HEALTH FOR AN APPOINTMENT

Staff Signature: *Jodie Rivera* Date Returned to Inmate: **7/19/07**

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

ALLERGY MEDICATIONS DOCTOR SAID END IN 30 DAYS, YET ALLERGIES I'VE HAD FOR 30 YEARS. TO RE-FILL ALL ALLERGY MEDICATIONS TILL RELEASE. ALSO FIX RIGHT INDEX FINGER THAT HAS LIMITED MOBILITY WITH EXCESSIVE PAIN, AND BACK YOU HAVE HISTORY. TWO (2) PSYCH MEDICATION HAVE ENDED WITH NO RE-FILL, NEED RIGHT ONES.

Signature: *Diego LaMadrid* Date Submitted: **7/24/07**

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: **07-1793**

First Level: ☒ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____ SEP 0 7 2007

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ JUL 2 7 2007 _____ Due Date: _____ :07

Interviewed by: PER PATIENT PROFILE, YOU HAVE BEEN PRESCRIBED ALLERGY MEDICAT AND PSYCH MEDS FOR 90 DAYS. YOU HAVE NOT BEEN ENDORSED AS OF YET, NO RELEASE DATE FOR PRESCRIPTION RENEWALS. PER X-RAY TAKEN 5/30/07 YOU HAVE A HEALED FRACTURE AND YOU ARE CURRENTLY PRESCRIBED PAIN MEDICATION, IF YOU HAVE BACK PAIN COMPLETE A HEALTHCARE SERVICES REQUEST FORM TO BE SEEN BY YOUR FACILITY PROVIDER. YOUR APPOINTMENT WE 8/1/07 WITH A PSYCHIATRIST AND 7/26/07 WITH A PSYCHOLOGIST

Staff Signature: _____  Title: SW RN  Date Completed: 8-1-07

Division Head Approved:

Signature: Darrin Devious  Title: SRN III  Returned AUG 16 2007  Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second Level Review and submit to institution or Parole Region Appeals Coordinator within 15 days of receipt of response. GRANTED - WELL IN COMPLETE EXTREME PAIN IF MOVE @ INDEX FINGER PER X-RAY 8/9/07 STILL BROKEN. FEW SYMPTOMS BUT NOT LIMITED TO SLEEPINESS, CONFUSION, LACK OF BALANCE, DIZZINESS, LIGHT HEADED, FROM VERY BAD BODY TEMPERATURE CONTROL. AZMA IS GIVING REAL TROUBLE VIOLATION STILL OF DEATH COLEMAN & ARMSTRONG. THAT IS RESULT OF 19 MEDICATION AND HEAT STRESS, POOR MEDICATIONS MEDICATION ADJUSTMENT, COMPLY WITH 1824. HEP-C PROBLEMS AND STD

Signature: _____  Date Submitted: 8/28/07

Second Level: ☒ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: AUG 2 2 2007  Due Date: SEP 2 0 2007

☒ See Attached Letter.

Signature: M. Stout M. _____  Date Completed: 9/21/07

Warden/Superintendent Signature: _____  Date Returned to Inmate: SEP 25 2007

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____
_____
_____
_____
_____

Signature: _____  Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted  ☐ P. Granted  ☒ Denied  ☐ Other
☒ See Attached Letter.

Date: _____

CDC-602 (12/87)

```
                    *** PATIENT PROFILE ***
```

```
***************************************************************************
P-98764  LAMADRID, DIEGO                        CURRENT UNIT: B20-126L
ALLERGIES:                      DOB:   /  /    HT:   ft  in    WT:    0
==========================================================================
START      Rx/Qty  DRUG                          PHYSICIAN        STOP
==========================================================================
07/11/2007 924468  IBUPROFEN 800MG                 SILVA,JASON   10/09/2007
NG            60   TAKE 1 TABLET EVERY 8HRS AS NEEDED FOR PAIN  RR  B20-126L
--------------------------------------------------------------------------
07/11/2007 924478  TRIAMCINOLON 0.1% CR 80GM       SILVA,JASON   10/09/2007
NG             1   APPLY TO AFFECTED AREA TWICE DAILY AS NEEDED     B20-126L
--------------------------------------------------------------------------
07/11/2007 924480  BODY LOTION 266ML               SILVA,JASON   10/09/2007
NG             0   APPLY AS DIRECTED *NF NEEDS APPROVAL*            B20-126L
--------------------------------------------------------------------------
07/11/2007 924484  SELENIUM SULFIDE 2.5% LOT       SILVA,JASON   10/09/2007
NG             1   APPLY AS DIRECTED RR                            B20-126L
--------------------------------------------------------------------------
07/24/2007 930679  ARTIF TEARS OPH SOLN 15ML       SHUTE,GARY    10/22/2007
ABB            1   INSTILL 1 DROP TO EACH EYES EVERY 3HRS  RR      B20-126L
--------------------------------------------------------------------------
08/03/2007 935024  ALBUTEROL SULFATE HFA INH       LEHV, LEVI    11/01/2007
LB             1   2 PUFFS EVERY 4-6HR AS NEEDED  RR               B20-126L
--------------------------------------------------------------------------
08/03/2007 935026  TRIAMCINOLONE (AZMACORT)        LEHV, LEVI    11/01/2007
LB             1   2 PUFFS DAILY IN THE MORNING AND AT BEDTIME RR  B20-126L
--------------------------------------------------------------------------
08/03/2007 935028  OMEPRAZOLE 20MG                 LEHV, LEVI    11/01/2007
LB            30   TAKE 1 CAPSULE DAILY AR                         B20-126L
--------------------------------------------------------------------------
08/03/2007 935030  ACETAMINOPHEN 325MG             LEHV, LEVI    11/01/2007
LB            60   TAKE 2 TABLETS EVERY 4-6 HOURS AS NEEDED  RR    B20-126L
--------------------------------------------------------------------------
08/03/2007 935033  FLUNISOLIDE NASAL SPRAY         LEHV, LEVI    11/01/2007
LB             1   2 SPRAYS TO EACH NOSTRIL TWICE A DAY(MAX 1 BOT/90D B20-126L
--------------------------------------------------------------------------
08/03/2007 935035  LORATADINE 10MG                 LEHV, LEVI    11/01/2007
LB            30   TAKE 1 TABLET DAILY AR                          B20-126L
--------------------------------------------------------------------------
08/03/2007 935036  HYDROCORTISONE CR 1% 30GM       LEHV, LEVI    11/01/2007
LB             1   APPLY TO AFFECTED AREA TWICE DAILY    RR        B20-126L
--------------------------------------------------------------------------
08/03/2007 935038  DOCUSATE SODIUM 100MG           LEHV, LEVI    11/01/2007
LB            30   TAKE 1 CAPSULE DAILY AR                         B20-126L
--------------------------------------------------------------------------
08/03/2007 935039  METHOCARBAMOL 750MG             LEHV, LEVI    11/01/2007
LB            45   TAKE 1 TABLET 3 TIMES DAILY    AR/15D           B20-126L
--------------------------------------------------------------------------
08/07/2007 937011  VALPROIC ACID 250MG             RAMSEY, H.    11/05/2007
NG           120   4 PO QPM AR                                     B20-126L
--------------------------------------------------------------------------


==========================================================================
PAGE 1                                        PRINTED: 08/08/2007
```

************************************************************************

P-98764  LAMADRID, DIEGO                              CURRENT UNIT: B20-126L
ALLERGIES:                        DOB:    /   /     HT:    ft  in      WT:    0
=================================================================================
START      Rx/Qty  DRUG                         PHYSICIAN           STOP
=================================================================================
08/07/2007 937013  SERTRALINE 100MG             RAMSEY, H.         11/05/2007
NG            30   1 PO QPM AR                                      B20-126L
---------------------------------------------------------------------------------
08/07/2007 937015  ARIPIPRAZOLE 10MG            RAMSEY, H.         11/05/2007
NG            30   1 PO QPM AR                                      B20-126L
---------------------------------------------------------------------------------
08/07/2007 937016  TRAZODONE 50MG               RAMSEY, H.         11/05/2007
NG            30   1 PO QPM AR                                      B20-126L
---------------------------------------------------------------------------------
08/07/2007 937018  DIPHENHYDRAMINE 50MG*        RAMSEY, H.         11/05/2007
NG            30   1 PO QPM AR                                      B20-126L
---------------------------------------------------------------------------------

=================================================================================

# INMATE APPEAL ROUTE SLIP

To: MED                                            Date: July 27, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number RJD-4-07-01793 By Inmate LAMADRID, P98764

Please assign this appeal to appropriate staff for FIRST level response.

Appeal Issue: MEDICAL
Due Date: 09/07/2007
Special Needs:

STAFF INSTRUCTIONS: Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted. This policy is not within the institution's jurisdiction and cannot be waived. Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return appeal to the Appeals Office. All first level appeals require signature of the Division Head. Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

## INMATE APPEAL ROUTE SLIP

To: APPEALS                                      Date: August 22, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number RJD-4-07-01793 By Inmate LAMADRID, P98764

Please assign this appeal to appropriate staff for SECOND level response.

Appeal Issue: MEDICAL
Due Date: 09/20/2007
Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

# CERTIFIED STATEMENT OF TRUST ACCOUNT

I, _LAMADRID, DIEGO_, _P-98764_, _F4-20-126 Low_
Name:                           CDC #:            Housing Unit

am seeking to bring a civil action or appeal a judgment in
_U.S. DISTRICT COURT SOUTHERN DISTRICT_ without prepayment of fees
Title of the Court: (i.e. U. S. District Court)
**(In Forma Pauperis)** pursuant to 28 U.S.C. 1915(a)(2).

Enter the caption for the legal action:

_CA. DEP'T OF CORRECTION B.P.H._ v.  _DIEGO H. LAMADRID_
Plaintiff:                              Defendant:

Address of the Court:       _U.S. DISTRICT COURT SOUTHERN DISTRICT OF CA._
                             _880 FRONT STREET, Ste 4290_
                             _SAN DIEGO, CA. 92101-8960_

In order to proceed, a certified copy of my Trust Fund Account
must be submitted to the court of jurisdiction. I understand
that CDC regulations and the court require that the certified
copy be submitted directly to the Court from the Institution's
Accounting office. I request a statment be sent to the court.

_Diego La Madrid_
Inmate Signature:

---

This form must be submitted to the Central Librarian who will log
the request in and forward the form to the Accounting office at
the institution for processing.

The Inmate Request For Certified Statement Of Trust Account was
received in the Central Library on, _8/27/07_ ,
                                    Date:

by _A. R. Peterson_
   Name of Librarian who logged request

---

A Certified Statement Of Trust Account for a six month period
from _9-7-2007_ through _2-01-2007_ for the above
     Date:              Date:
identified inmate was processed through the Accounting Office at
the Richard J. Donovan Correctional Facility
on, _9-7-2007_ , by _C Rodriguez_
    Date:                Name of person processing

I, _C Rodriguez_ declare that on, _9-7-2007_, I
   Name of person processing         Date:
deposited the Certified Statement of Trust Account in the United
States Postal Service addressed as follows.

Signed: _C Rodriguez_
        Signature of employee mailing statement

If you are a prisoner you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant ___Lamadrid, Diego___
(NAME OF INMATE)

___P98764___
(INMATE'S CDC NUMBER)

has the sum of $ __0__ on account to his/her credit at _____

___Richard J. Donovan Correctional Facility___
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __N/A__

to his/her credit according to the records of the aforementioned institution. I further certify that **during**

the past six months the applicant's *average monthly balance* was $ __0__

and the *average monthly deposits* to the applicant's account was $ __0__

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT
STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD
IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

___Sept 7 2007___
DATE

___C Rodriguez___
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

___C. Rodriguez___
OFFICER'S FULL NAME (PRINTED)

___Account Clerk II___
OFFICER'S TITLE/RANK

STATE OF CALIFORNIA

INFORMATION SHEET FOR COMPLETING A "PC §1381"

DEPARTMENT OF CORRECTIONS

## NOTICE AND DEMAND FOR TRIAL

CDC 643 (4/88)

TO THE DISTRICT ATTORNEY, ___(1) San Diego___ COUNTY, State of California.

Please take notice that I, ___(2) Diego Henry La Madrid___ , Inmate # ___(3) P-98764___
(PRINT NAME IN FULL)                                                                    (CDC NUMBER)

of ___California Institution for Men___ , was convicted of the crime of ___(4) H&S 11350___
(NAME OF INSTITUTION)

in ___(5) San Diego___ County, ___(6) CA___ , and was sentenced by said
(STATE)

on or about ___(7) Sept. of 2005___ to a term of ___(8) 2 yaers___ .

I have reason to believe that the following criminal action is now pending against me in ___(9) San Diego___ County.

CHARGES: ___(10) Don't know___ WARRANT #: ___(11)___

COURT (Location): ___(12) Downtown San Diego___ ARRESTING AGENCY: ___(13) San Diego___

I HEREBY DEMAND A HEARING AND TRIAL OF SAID CRIMINAL ACTION AS PRESCRIBED BY SECTION 1381 OF THE PENAL CODE OF CALIFORNIA.

(14)

| DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|---|---|
| 9/4/1958 | male | Hispanic | 5'8'' | 167 | black | brown |

| INSTITUTION NAME AND ADDRESS WHERE INCARCERATED: | OTHER NAMES (Aliases) USED: |
|---|---|
| California Institution for Men<br>P.O. Box 500<br>Chino, CA 91708-0500 | (15) |

I CERTIFY (OR DECLARE) UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

| INMATE'S SIGNATURE | DATE: | CII NUMBER: |
|---|---|---|
| (16) *Diego La Madrid* | (17) 10/10/07 | (18) Don't know |

THIS PORTION IS TO BE DETACHED BY THE DISTRICT ATTORNEY'S OFFICE AND RETURNED TO THE CASE RECORDS OFFICE OF THE INSTITUTION WHERE INMATE IS INCARCERATED.

I, _____ , District Attorney of the

County of _____ , State of California, do hereby acknowledge receipt

of NOTICE AND DEMAND FOR TRIAL, dated _____ by _____

Inmate # _____ , of _____

| DISTRICT ATTORNEY | STATE OF CALIFORNIA, COUNTY OF: | DATE: |
|---|---|---|
|  |  |  |

RECEIPT TO BE RETURNED TO:   CASE RECORDS OFFICE

California Institution for Men

NAME OF INSTITUTION: _____

ADDRESS: ___P.O. Box 128___

___Chino, CA 91708-0128___

# APPEAL ROUTING SLIP   *MIEH 178*

Date: 10/18/07

Parolee/Inmate Name: La Madrid   CDC#: P98764

Log#: N/A

## TO:

☒ Appeals Coordinator ___CIM_____

☐ Parole Complex Appeal Representative _____

☐ Agent of Record _____

☐ Case Records South _____

**FROM:** K. Thacker, Region IV Parole Appeals Coordinator
21015 Pathfinder Road, Suite 200, Diamond Bar, CA 91765
Phone: (909) 468-2300 ext. 302  Fax: (909) 468-2337

☐ Please assign to staff for review at _____ level response.

☒ Please route original response to inmate/parolee.

☐ Copy attached for C-File.

☐ Copy attached for your records.

☐ _____

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**PAROLE REGION IV HEADQUARTERS**
**OFFICE OF THE APPEALS COORDINATOR**
**21015 PATHFINDER ROAD SUITE 200**
**DIAMOND BAR, CA 91765**
**(909) 468-2300**



October 17, 2007

To:   La Madrid, Diego P98764
      California Institution for Men
      P.O. Box 500
      Chino, CA 91708

**Informal Response**

Mr. La Madrid,

I am in receipt of your CDC 602 requesting your informal level response and property. The Region IV Appeals Office does not receive copies of the informal level responses. I contacted your assigned parole agent, Agent Lamar and was informed that he responded to your appeal and sent the response to you at RJD. The parole unit did not have a copy of the informal level response. Agent Lamar stated that your property is currently at the parole office. According to the inventory receipt that was completed by Agent Tristan, the property includes your glasses and the $200 money order. The property is sealed and has not been opened.

The parole office will not send your property to the Institution. You property is at the Chula Vista Parole Complex and it will be returned to you upon your release. Another option you have is to write a letter to you agent instruction him to release your property to a family member. You can have the designated family member report to the Chula Vista I Parole Unit and with proper identification; your property can be released to that individual.

I contacted R&R at CIM on October 17, 2007 and was informed that they would not accept your property and it would be returned to the parole office. The only property R&R will accept is parole dress outs 30 days prior to your release. I was also informed that in order to get glasses sent in to the institution, you would need to be seen by medical and given a prescription. You could then send the prescription out to your family and they could purchase a pair of glasses and have them sent to the Institution.

K.E. Thacker
Parole Agent II, Appeals Coordinator

STATE OF CALIFORNIA

**RECEIVED**

DEPARTMENT OF CORRECTIONS

# INMATE/PAROLEE APPEAL FORM

CDC 602 (12/87)

**OCT 1 2 2007**

**REGION IV APPEALS**

Location: Institution/Parole Region    Log No.    Category

1. _____    1. _____    _____

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| La Madrid , Diego H. | P-98764 | NA | MIEH 175 |

A. Describe Problem: This is a 1824 appeal because of my glasses that are in the propety taken at the time of the arrrest. This is the 5th try. Have been in communication with the appeals coordinator of region IV headquarters (K.E. Thacker agent II) also from R.J.D. appeals coordinator regarding this issue. There is now a money order that is no good since a year has gone bymaking it a 3084.7(e) lost or damaged personal property appeal. The money oder is for $ 200.00 from a post office.    LACK OF MY GLASSES PUT ME IN ARMSTRONG (FED.) THAT IS WHY IT CAN BE A 1824 appeal form. Any questions about it call Attory A. mannia at ROSEN, BIEN & GALVAN Tel. (415) 433-6830

If you need more space, attach one additional sheet.

B. Action Requested: Please send me a copy and give me an update of the previous 602 on this same matter. If you do/can get my property for it to be mail to me here at CIM ; or to R & R .

Inmate/Parolee Signature: _Diego H. Madrid_    Date Submitted: 10/10/07

C. INFORMAL LEVEL (Date Received: 10/12/07 )

Staff Response: Partially Granted - update of previous 602
See attached response

Staff Signature: _K. E. Le_    Date Returned to Inmate: 10/18/07

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

[ ]

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*September 11, 2007*

*LAMADRID, P98764*
*RJD*

Log Number: REGIV-I-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*Your appeal issue and reasonable accommodation requested do not meet the criteria to be filed on a CDC Form 1824. Please resubmit on a CDC Form 602, Inmate/Parolee Appeal Form.*

*Mr. LaMadrid,*
*Thank you for the information stating that your prior parole agent informed you that he has your property. This is a CDC 602 issue and not an ADA issue. Your appeal from June 26, 2007 was forwarded to the parole unit for an informal response. This is a duplicate appeal issue. I will contact the parole unit to inquire when your previous appeal was completed. If you are dissatisified with the informal level response please complete section D and return the appeal to Region IV Headquarters.*

Appeals Coordinator
Region IV DAPO

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
**CDC 1824 (1/95)**

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | **18. ADA** |

**RECEIVED**

SEP 1 0 2007

**REGION IV APPEALS**

*NOTE:* THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered*
*under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| LA MADRID, Diego | P-98764 | NA | | F4-20-126LO |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

WITHIN 42 U.S.C. 12102, ARMSTRONG, COLEMAN.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

C-FILE, V.A.

DESCRIBE THE PROBLEM: THIS IS 5th TIME TRING TO RESOLVE 3-14-07 ISSUE. P.O. TRISTAN FROM C.V. OFFICE INFORMED ME AFTER B.P.H. ON LETTER POSTMARKED 4-19-07 HE PUT MY PROPERTY IN EVIDENCE INCLUDES IN PROPERTY ARE MY GLASSES, WALLET & AND OTHER PERSONAL PROPERTY. NO REGISTRATION AND NO LIABILITY BY ANY ONE.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? NEED PROPERTY THAT P.O. TRISTAN KNOWS WHERE HE PUT IN THESE "PROPERTY" ARE MY GLASSES AND OTHER PERSONAL PROPERTY WHICH I'D LIKE THE WHOLE THING BE SENT TO RER OR WHERE EVER I'M HOUSED FOR PROPERTY REGISTRATION AND DISPOSITION PER 15 CCR 3190 TO 3193 AND SO INMATE PER 3075.

| | |
|---|---|
| Diego R Madrid | Sept 2, 2007 |
| INMATE/PAROLEE'S SIGNATURE | DATE SIGNED |

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

August 29, 2007

LAMADRID, P98764
RJD
20-126

Log Number: REGIV-I-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have not included evidence of an attempt to resolve the problem at the Informal Level. The Informal Level of Review is waived for appeals of classification actions; serious disciplinaries; CSR actions; departmental regulations, policies or operational procedures; staff complaints; and exceptional circumstances as defined in CCR 3084.7. Obtain an informal response by sending your appeal directly to:*

*Mr. LaMadrid,*
*Your appeal has been forwarded to the Chula Vista 1 parole unit for an informal level response.*


Appeals Coordinator
Region IV DAPO


**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

# APPEAL ROUTING SLIP

Date: _8/29/07_

Parolee/Inmate Name: _LaMadrid_     CDC#: _P98764_

Log#: _N/A_

**TO:** Unit Supervisor – Chula Vista I

☐ Appeals Coordinator _____

☑ Parole Complex Appeal Representative _____

☐ Case Records South _____

**FROM:** K. Thacker, Region IV Parole Appeals Coordinator
21015 Pathfinder Road, Suite 200, Diamond Bar, CA 91765
Phone: (909) 468-2300 ext. 302  Fax: (909) 468-2337

☑ Please assign to staff for review at _Informal_ level response.

☐ Please route response to inmate/parolee.

☐ Copy attached for C-File.

☐ Copy attached for your records.

☑ _Return completed response to appellant at RJD within 10 days._

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

RECEIVED
AUG 30 2007
REGION IV APPEALS

Location: Institution/Parole Region    Log No.    Category

1. _____    1. _____    _____

2. _____    2. _____    _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| LAMADRID, Diego | W98764 | NA | 4-20-12 |

A. Describe Problem: MY PERSONAL PROPERTY NOT RETURNED. PERSONAL PROPERTY MUST BE REGISTERED, PER 15 CCR 3191(a). ACCEPT LIABILITY FOR THE LOSS OR DESTRUCTION OF INMATE PROPERTY, PER 15 CCR 3193(b). 3084.7(e) IF IT IS NOW LOST. ANY FURTHER ATTEMPT TO CIRCUMVENT APPEAL PROCESS 1ST AMENDMENT OF CONST. OF U.S.. I SHALL HAVE TO TREAT AS MISCONDUCT BY A DEPARTMENTAL PEACE OFFICER. ON 3-14-07 WAS STOPPED BY I.N.S.. PROPERTY GIVEN TO CDCR. 602 IN THIS MATTER "TREATED IN ULTRA VIRES WAYS", AN ONGOING VIOLATION OF FEDERAL LAW. THIS IS 4TH ATTEMPT IN THIS MATTER. APPEAL COORDINATOR PLEASE RETURN

If you need more space, attach one additional sheet. A COPY TO ME, OF (SEE ATTACH SHEET) THIS 60 CDC FORM 1858)

B. Action Requested: RETURN OF PROPERTY THROUGH R&R OF INSTITUTION WHERE I AM HOUSED. 3193(b) ACCEPT LIABILITY IF LOSS OR EXPIDITE MATTER AS 3084.7(e) LOST OR DAMAGED PERSONAL PROPERTY. A.C. MAKE COPY AND RETURN; 602 TO BE FORWARD TO C.V., P.O. D. TRISTAN. TIME CONSTAINT WATCHED. DO INITIAL INTAKE ON PROPERTY PER 15 CCR ARTICLE 6.5 §3075, & ARTICLE 9

Inmate/Parolee Signature: _____    Date Submitted: 8/26/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

First Level ☐ Granted ☐ P. Granted ☐ Denied ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____
_____
_____
_____
_____
_____
_____
_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:                                              Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of
   receipt of response.

_____
_____
_____
_____
_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of
   response.

_____
_____
_____
_____
_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
                                                     P.O. Box 942883
                                                     Sacramento, CA 94283-0001
                                                     Attn: Chief, Inmate Appeals

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DIRECTOR'S ACTION:  ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter
                                                                Date: _____

CDC 602 (12/87)

\* Appeal Coordinator - Since problems in Informal, Could yo
Give this appeal a log number before forwardin
And sens me a copy with the log number.

Lamadrid, S.   P-98764      F4-20-126 Low

Personal property value of approximate $900.00
My personal glasses, leather jacket (Wilson's),
$200.- postal money order, watch, wallet with
personal property. Among them is evidence for
my defense on appeal of B.P.H. decision for
revocation of parole, which I need.

Officers from border patrol P. Uhansky, G. Bolanos,
N. Gonzales as witnesses to my having this property
the day of arrest, at the San Ysidro crossing on 3-14-

Difficulty communicating, describing effectively
the problem in writing; primary language Spanish.
Issues become compound and complex over past
5 months.

Spoke to P.O. S. Tristan of C.V. parole after
hearing he nd return first 602. I then proceede
to send to Appeal Coordinator, never heard of
again.

A third attempt through Appeals
Coordinator in Region IV, CCII K. E. Thacker
received July 5th. This one started by
writing letter in May, got response and
sent a 1824 & 602 about property (wrote
same issue on both) on June 19. which
I received as said on July 5th. To this day

(FRONT)

HAVE HAD NO RESPONSE FROM THAT APPEAL.

PROOF OF ALL PROPERTY I SPEAK ABOUT
WILL BE ON VIDEO CAMERA WITH I.N.S.
BORDER PATROL IN SAN YSIDRO, ON 3-14-07.

TO COMPLY WITH APPEAL TIMELINES PER
CRAIG v CAMBRA (DEL NORTE SUPERIOR
COURT) CASE NOS. HCAB00-5150 AND 5151
WRIT HABEAS CORPUS DATED FEB. 27, 2002

SEND ME CDC FORM 1858 AND BORD OF
CONTROL (GOVERMENT CLAIM FORM (SBOC-
GC-0002)

PART II                    WANT PROPERTY PROCESSED
AS INTAKE 15 CCR 3075 WHEN IT GETS HERE.
WITHIN TIME CONSTRAINTS, AND NOT STUCK SOMEWHERE
ELSE.

(BACK)

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the SECOND Level

*September 12, 2007*

*LAMADRID, P98764*
*F42000000000126L*

Log Number: RJD-4-07-01079
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have submitted an appeal that duplicates a previous appeal upon which a decision has been rendered or is pending (CCR 3084.3(c)(2)).*

*DUPLICATE APPEAL LOG NUMBER 07-1149*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

## INMATE APPEAL ROUTE SLIP

To: APPEALS                                                    Date: July 2, 2007

From:  INMATE APPEALS OFFICE

Re: Appeal Log Number  RJD-4-07-01079  By Inmate  LAMADRID, P98764

Please assign this appeal to appropriate staff for SECOND level response.

Appeal Issue:  LEGAL
Due Date:  07/31/2007
Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

RECEIVED
4/19/07

RICHARD J. DONOVAN CORR. FAC.

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location Institution/Parole Region    Log No.    Category

1. DW    M-1079    7L

2. Dup To D7-1149    COLOR LAW UA

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| LaMadrid, D. | F-98764 | NA | F4-20-127 |

**A. Describe Problem:** HAVE DIFFICULTY IN WRITTEN ENGLISH. BEEN TRING TO FIND OUT OF MY COURT HEARING ON CHILDREN WITH NO ANSWER. BUT SHOULD HAVE COURT WITHIN 30 DAYS. NEED ACCESS TO LAW LIBRARY MATERIAL. ALSO GONE TO B.P.T. DISCIPLINARY ACTION COULD BE PUNISHABLE AS A 33 IS. YET COMPLEXITY OF ISSUES REQUIRE ASSISTANCE. AN ATTORNEY IN INTERNATIONAL LAW WOULD BE HELPFUL. I HAVE TRIED TO GET TO LAW LIBRARY. YOU HAVE T.J.E.'S LAST TIME I TRIED. MAXIMUM CAPACITY SO CAN NOT GET IN LAW LIBRARY. ASSTANCE REQUIRE CONFIDEN—

If you need more space, attach one additional sheet.    ADDITIONAL SHEET ATTACHED.

**B. Action Requested:** LAW LIBRARY MATERIAL BE BROUGHT TO QUARTERS. SCHEDULE BE MADE FOR THIS MATTER. THIS BE AN EXCEPTION TO REGULAR APPEAR PROCESS BECAUSE OF TIME CONSTRANTS. ASSISTANCE AND INVESTIGTIVE EMPLOYEE WITH ADITIONAL SHEET REQUIREMENTS. TELL ME JUVENAL COURT DATE. ATTACHE.

Inmate/Parolee Signature: Diego LaMadrid    Date Submitted: 4/15/07

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

M-1079

First Level    ☐ Granted    ☑ P. Granted    ☐ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: __MAY 0 1 2007__    Due Date: __JUN 0 1 2007__

Interviewed by: _Mr. C. Vallena on May 22, 2007_

_See attached._

Staff Signature: _Mr. C. Vallena_    Title: _AVP_    Date Completed: _5/25/07_

Division Head Approved:    Returned _JUN 0 4 2007_

Signature: _____    Title: _____    Date to Inmate: _5/25/07_

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator, within 15 days of receipt of response.

THE SHEET 7 ATTACHED IS NOT HERE! I ALSO AGREED WITH ON PAROLE, PER P.C. 3001. GRANTED
IF CAN TEACH TO WRITE ENGLISH IN THE TO RUSH APPEAL DENIED - DID NOT ASK EDUCATION DEPT. TO GET ATTORNEY
IF J.E. FILL LAW LIBRARY HOW DO I GET NEW MATERIALS? MR. SIMON WILL NOT EVEN GIVE ADDRESSES NEEDED!!
BLDG 20 ONLY 1 DAY A WEEK? MATERIALS 8 YEARS OLD FRED!, WHERE IS PROPERTY P.O. HAS?

Signature: _Diego Madrid_    Date Submitted: _6/21/07_

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☑ Other    JUL 0 2 2007

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: __JUL 3 1 2007__

☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

DEFINITELY NOT A DUPLICATE ONE AS E.O.P IN 1 YARD AND
THE OTHER AS CCCMS IN 4 YARD. APPEALS COORDINATOR
PLEASE SEND ME A COPY OF BOTH FOR THE RECORD

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other

☐ See Attached Letter    Date: _____

CDC 602 (12/87)

STATE OF CALIFORNIA                                                                                      DEPARTMENT OF CORRECTIONS

REASONABLE MODIFICATION OR    INSTITUTION/PAROLE REGION:    LOG NUMBER:    CATEGORY:
ACCOMMODATION REQUEST

CDC 1824 (1/95)                                                                                          18. ADA

**DUPLICATE**

NOTE:   THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| LA MADRID | P-98764 | NA | | F4-20-127 Low |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

BIPOLAR, DEPPRESSION, ECT.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

C-FILE, AM E.O.P. WAS CCCMS

DESCRIBE THE PROBLEM:

JUVENAL COURT HEARING AND ACCESS TO COURTS. HAVE PROBLEM IN WRITTEN ENGLISH. ACCUSED OF ALLEGED BEHAVIOR IN MEXICO. ATTACHED IS 602.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

INMATE ACCESS TO COURTS PER 3160. ALSO 3162 3164 3165. 3085. LAW LIBRARY MATERIALS AND COPY TO COURTS. NEED FORMS ALSO. PARALEGAL, INVESTIGATOR, LEGAL RUNNER. S.D. DIRECTORY WHITE & YELLOW PAGES. ANSWER TO ALL QUESTIONS OF HOW TO DO IT!

| | |
|---|---|
| INMATE/PAROLEE'S SIGNATURE | 4/15/07 |
| | DATE SIGNED |

REASONABLE MODIFICATION OR ACCOMMODATION REQUEST
CDC 1824 (1/95)

## REVIEWER'S ACTION

TYPE OF ADA ISSUE

DATE ASSIGNED TO REVIEWER:

DATE DUE:

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

    ☐ Auxiliary Aid or Device Requested

    ☐ Other_____

☐ PHYSICAL ACCESS (requiring structural modification)

DISCUSSION OF FINDINGS:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


DATE INMATE/PAROLEE WAS INTERVIEWED      PERSON WHO CONDUCTED INTERVIEW

DISPOSITION

    ☐ GRANTED     ☐ DENIED     ☐ PARTIALLY GRANTED

BASIS OF DECISION:_____

_____

_____

_____

_____

_____

_____

NOTE: *If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.*

DISPOSITION RENDERED BY: (NAME)      TITLE      INSTITUTION/FACILITY

## APPROVAL

ASSOCIATE WARDEN'S SIGNATURE      DATE SIGNED

DATE RETURNED TO INMATE/PAROLEE

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**

CDC 1824 (1/95)

DUPLICATE

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

*NOTE:* THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

> In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| MAMADRID D | P-98764 | NA | | F4-20-127Low |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

BIPOLAR, DEPPRESSION, ECT.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

C-FILE, AM E.O.P. WAS CCCMS

DESCRIBE THE PROBLEM:

JUVENAL COURT HEARING AND ACCESS TO COURTS. HAVE PROBLEM IN WRITTEN ENGLISH. ACCUSED OF ALLEGED BEHAVIOR IN MEXICO. ATTACHED IS 602.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

INMATE ACCESS TO COURTS PER 3160. ALSO 3162, 3164, 3165, 3085. LAW LIBRARY MATERIALS AND COPY TO COURTS. NEED FORMS ALSO. PARALEGAL, INVESTIGATOR, LEGAL RUNNER. S.D. DIRECTORY WHITE & YELLOW PAGES. ANSWER TO ALL QUESTIONS OF HOW TO DO IT!

| INMATE/PAROLEE'S SIGNATURE | DATE SIGNED |
|---|---|
| Diego Madrid | 4/15/07 |

# INMATE APPEAL ROUTE SLIP

To: EDUC                                                      Date: May 1, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number RJD-4-07-01079 By Inmate LAMADRID, P98764

Please assign this appeal to appropriate staff for FIRST level response.

Appeal Issue: LEGAL
Due Date: 06/01/2007
Special Needs:

STAFF INSTRUCTIONS: Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted. This policy is not within the institution's jurisdiction and cannot be waived. Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return appeal to the Appeals Office. All first level appeals require signature of the Division Head. Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

# FIRST LEVEL REVIEW

DATE:                        May 24, 2007

NAME:                        LAMADRID, D.

CDC NO:                      P98764

APPEAL NO:                   RJD-4-07-01079                    FIRST LEVEL REVIEW

APPEAL ISSUE:        **PARTIALLY-GRANTED**

You want Law Material brought to your housing unit and/or access to the Law Library.  You also want to know your court dates and an attorney.

APPEAL RESPONSE: In reaching a decision on this issue, a thorough review of your appeal was conducted.  Ms. C. Van Cleave, Vice-Principal, interviewed you on May 22, 2007.   Even though you reside in the Reception Center Facility, you still have access to the Law Library.

Inmates who have Judicial Exception (JE) status have priority over other inmates who do not have JE status.  Even if your building or facility is locked down, you may still ask a correctional officer to escort you to the library, provided there is available room in the library. You have the opportunity to go to the Law Library using the schedule of library hours and days, which are enclosed.

If you have difficulty with written English, you can request your CCI to go to classification and place you in an educational class.  This is GRANTED.

The Education Department and the library staff do not provide attorneys nor do we handle court dates.  You would have to speak with your attorney and Correctional Counselor I (CCI) about those issues.  This part of your complaint is DENIED.

Therefore, based upon the aforementioned information, the First Level of Review is **PARTIALLY-GRANTED.**


_C. Van Cleave_                                          5-25-07
C. VAN CLEAVE                                            Date
Academic Vice-Principal
R. J. Donovan C. F.


E. CONTRERAS                                            5/30/07
Associate Warden, Facilities I, III                     Date
And Education

## INMATE APPEAL ROUTE SLIP

To: MED                                              Date: July 16, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number RJD-4-07-01692 By Inmate LAMADRID, P98764

Please assign this appeal to appropriate staff for FIRST level response.

Appeal Issue: MEDICAL
Due Date: 08/27/2007
Special Needs:

STAFF INSTRUCTIONS: Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted. This policy is not within the institution's jurisdiction and cannot be waived. Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return appeal to the Appeals Office. All first level appeals require signature of the Division Head. Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility