La Madrid, Diego Henry
PLAINTIFF/PETITIONER/MOVANT'S NAME

P-98764 in CIM
PRISON NUMBER

MIElm Hall 175
P.O. Box 500 , Chino CA 91708
PLACE OF CONFINEMENT

ADDRESS

**FILED**
DEC 2 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

# United States District Court
## Southern District Of California

La Madrid, Diego Henry,
    Plaintiff/Petitioner/Movant

v.

Ca Dept. of Corrections +
Bd of Prison Terms Defendant/Respondent

Civil No. **'07 CV 2434 JM NLS**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, La Madrid , Diego H. ,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No  (If "No" go to question 2)
    If "Yes," state the place of your incarceration ___ Currently in CIM ; Mininum elm hall 175
    Are you employed at the institution?      ☐ Yes ☒ No
    Do you receive any payment from the institution? ☐ Yes ☒ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____
   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer._____
   _____
   _____
   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment      ☐ Yes  ☒ No
   b. Rent payments, royalties interest or dividends     ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance              ☐ Yes  ☒ No
   d. Disability or workers compensation                 ☐ Yes  ☒ No
   e. Social Security, disability or other welfare       ☐ Yes  ☒ No
   e. Gifts or inheritances                              ☐ Yes  ☒ No
   f. Spousal or child support                           ☐ Yes  ☒ No
   g. Any other sources                                  ☐ Yes  ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____
   _____
   _____

4. Do you have any checking account(s)?   ☐ Yes  ☐ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?  ☐ Yes  ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?  ☐ Yes  ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes  ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value._____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. __NONE_____
   _____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): __Have bills but do not know right now how much.__
   _____
   _____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): __None_____
    _____
    _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses._____
    _____
    _____

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

October 10 , 2007                          _Diego L. Madrid_____
DATE                                       SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant  La Madrid , Diego H.
(NAME OF INMATE)

P-98764 is CDC number.
(INMATE'S CDC NUMBER)

has the sum of $ 0 on account to his/her credit at

C.I.M.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ 0 ,

and the *average monthly deposits* to the applicant's account was $ 0 .

ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

10-31-07
DATE

[signature]
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

Luz Manaois
OFFICER'S FULL NAME (PRINTED)

Account Clerk II
OFFICER'S TITLE/RANK

CIV-67 (Rev. 2/05)                    -4-                    K:\COMMON\FORMS\CIV-67

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __La Madrid , Diego Henry__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is ~~either~~ *BOTH OR* ☒ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__October 10 , 2007__  __/s/ Diego La Madrid__
DATE                                    SIGNATURE OF PRISONER
                                        Diego La Madrid

```
REPORT ID: TS3030  .701                         REPORT DATE: 10/31/07
                                                PAGE NO:         1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                        CALIF. INSTITUTION FOR MEN
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                FOR THE PERIOD: OCT. 01, 2007 THRU OCT. 31, 2007

ACCOUNT NUMBER : P98764              BED/CELL NUMBER: MIEH000000001175L
ACCOUNT NAME   : LAMADRID, DIEGO     ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE   DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----   -----------    -------    ---------   --------   -----------   -------

10/01/2007   BEGINNING BALANCE                                                  0.00

10/17  D320   TRUST FUNDS T  2234/RJD                  2.32                    2.32
10/25  W502   POSTAGE CHARG  2453/ENVLP                            1.00         1.32


                            CURRENT HOLDS IN EFFECT
  DATE        HOLD
  PLACED      CODE       DESCRIPTION              COMMENT        HOLD AMOUNT
  ------      ----       -----------              -------        -----------
  10/25/2007  H110    COPIES HOLD                 2445/COPY         16.20
  10/25/2007  H110    COPIES HOLD                 2445/COPY         12.70

                            TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL        TOTAL        CURRENT      HOLDS       TRANSACTIONS
 BALANCE       DEPOSITS     WITHDRAWALS  BALANCE      BALANCE     TO BE POSTED
 ---------     --------     -----------  -------      -------     ------------

   0.00         2.32          1.00         1.32        28.90          0.00


                                                        CURRENT
                                                        AVAILABLE
                                                        BALANCE
                                                        ---------
                                                         27.58-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 10-31-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
    TRUST OFFICE

```
REPORT ID: TS3030 .701                              REPORT DATE: 10/31/07
                                                    PAGE NO:           1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: MAR. 01, 2007 THRU OCT. 31, 2007

ACCOUNT NUMBER : P98764                BED/CELL NUMBER:
ACCOUNT NAME   : LAMADRID, DIEGO       ACCOUNT TYPE: I
PRIVILEGE GROUP:
                          TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----------------------------------------------------------------------------

03/01/2007   BEGINNING BALANCE                                            11.70

03/28 W501 SHIPPING CHAR  4040/UPS                            4.18         7.52
04/09 W515 COPY CHARGE    4205/MAR07                          2.20         5.32
04/09 W515 COPY CHARGE    4205/MAR07                          1.00         4.32
04/09 W515 COPY CHARGE    4205/MAR07                          2.00         2.32
04/11 FC04 DRAW-FAC 4     4241/F42ND                          2.00         0.32
05/08 FR01 CANTEEN RETUR  606698                   2.00                    2.32
10/11 W610 TRANSFER OF T  1911/CIM    015129612               2.32         0.00

                          TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL       TOTAL        CURRENT    HOLDS      TRANSACTIONS
BALANCE      DEPOSITS    WITHDRAWALS  BALANCE    BALANCE    TO BE POSTED
----------------------------------------------------------------------
  11.70       0.00         11.70       0.00       0.00        0.00


                                                      CURRENT
                                                     AVAILABLE
                                                      BALANCE

                                                        0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY

REPORT ID: TS3030 .701                                         REPORT DATE: 10/31/07
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J. DONOVAN CORR. FACILITY
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: MAR. 01, 2007 THRU OCT. 31, 2007


         TOTAL NUMBER OF STATEMENTS PRINTED:                1

  TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:          0.00


REPORT ID: TS3030 .701