```
 1  La Madrid, Diego H.
 2  CDC#:P-98764 Elm Hall 175
 3  P.O. Box 500
 4  Chino, C A. 91708
```

FILED
DEC 2 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ Prose ✓

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| La madrid, Diego H.<br>Plaintiff<br>v.<br>Ca. Dept' of Correction & Board of Prison Terms | Civil No. 07 CV 2434 JM NLS<br>REQUEST FOR APPOINTMENT OF COUNSEL UNDER THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 2000e 5(f)(1); DECLARATION IN SUPPORT OF REQUEST |

1. I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

    (A.) my claim is meritorious (that is, I have a good case), and

    (B.) I have made a reasonably diligent effort to obtain counsel, and

    C. I am unable to find an attorney willing to represent me on terms that I can afford.

2. A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3. A. Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

    ___ Yes    XX No

1  IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE
2  COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B
3  AND C.
4      B.   Do you question the correctness of the Commission's "no reasonable cause"
5  determination?
6      ____ Yes          **XXX** ____ No
7      C.   If you answered "yes" to question 3B, what are your reasons for questioning the
8  Commission's determination?  <u>Be specific and support your objections with fact.  Do not simply
9  repeat the allegations made in your complaint; the court will review your complaint in considering this
10 request for counsel</u>.

28 (Attach additional sheets as needed)

1  4. Have you talked with any attorney about handling your claim?
2  ____ Yes       X X X No
3  If "YES," give the following information about <u>each</u> attorney with whom you talked:
4  Attorney: __William Hobson at " Board of Prison Terms Hearing"__
5  When: __04/12/07__
6  Where: __R.J.D.__
7  How (by telephone, in person, etc.): _____
8  Why attorney was not employed to handle your claim: __I tried I don't know till this day
9  why he or proson has not helpedin this matter.__
10
11
12  Attorney: _____
13  When: _____
14  Where: _____
15  How (by telephone, in person, etc.): _____
16  Why attorney was not employed to handle your claim:
17
18
19
20  Attorney: _____
21  When: _____
22  Where: _____
23  How (by telephone, in person, etc.): _____
24  Why attorney was not employed to handle your claim:
25
26
27
28  (Attach additional sheets as needed)

::ODMA\PCDOCS\WORDPERFECT\23126\1  May 27, 1999 (3:47pm)            3

5. Explain any other efforts you have made to contact an attorney to handle your claim:

Sent every week a "Inmate request". Was in reception yard no phone

6. Give any other information which supports your application for the court to appoint an attorney for you: 1) Indigent inmate. 2) No money in my books. 3) Mental illness and part of Armstrong and Coleman (Fed. cases) 4) A.D.A. issues. 5) You have jurisdiction.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: Would all be in my C-file. San Diego courts.

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A.   <u>Employment</u>

Are you employed now?     ___ yes  XXX no   ___ am self-employed

Name and address of employer:

1  If employed, how much do you earn per month? $00.00
2  If not employed, give month and year of last employment: 1997
3  How much did you earn per month in your last employment? Sales
4  If married, is your spouse employed? ___ yes  X X  ẍo
5  If "YES," how much does your spouse earn per month? _____
6  If you are a minor under age 21, what is your parents' or guardians' approximate monthly
7  income? _____
8
9      B.    Assets
10        (i)    Other Income
11 Have you received within the past 12 months any income from a business, profession or other
12 form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity
13 payments or other sources? ___ yes  X X  ẍo
14 If "YES," give the amount received and identify the sources:
15     $ Received        Source
16 _____
17 _____
18 _____
19 _____
20 _____
21 _____
22 _____
23
24
25
26
27
28 (Attach additional sheets as necessary)

1  (ii)   Cash
2  Have you any cash on hand or money in savings or checking accounts? xxx yes ___ no
3  If "YES," state total amount: __Wells Fargo will not answer me inany way.__
4  (iii)   Property   N O N E
5  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property
6  (excluding ordinary household furnishings and clothing)?   ___ yes   XX no
7  If "YES," give value and describe it:
8  Value                                    Description
9
10
11
12
13
14
15  C.   Obligations and Debts
16  (i)   Dependents
17  Your marital state is: ___ single ___ married   XX widowed, separated or divorced.
18  Your total number of dependents is: __3__
19  List those person you actually support, your relationship to them, and your monthly
20  contribution to their support:
21  Name/Relationship               Monthly Support Payment
22
23
24
25
26
27
28

::ODMA\PCDOCS\WORDPERFECT\23126\1 May 27, 1999 (3:47pm)             6

(ii) <u>Debts and Monthly Bills</u>

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|

Rent: AT&T    ??

Mortgage on Home: _____

Others:  SDG&E , Cingular .   That was before prison !

9. <u>Signature</u>

I declare under penalty of perjury that the above is true and correct.

Dated: _____

_____
Signature

(Notarization is not required)