# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Diego H. La Madrid

                V.                          **JUDGMENT IN A CIVIL CASE**

California Dept of Corrections et al.,

                                 CASE NUMBER:    07cv2434-JM(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiff's Complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff's Motion to Proceed In Forma Pauperis and Motion to Appoint Counsel are denied as moot......................................
..................................................................................................................................................................

| February 26, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON February 26, 2008 |

07cv2434-JM(NLS)